B1 (Official Form 1) (1/08)

# United States Bankruptcy Court
## Northern District of Illinois

## Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle): **Thomas, Andre** | Name of Joint Debtor (Spouse) (Last, First, Middle): **Thomas, Nicole** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): **Nicole Horvath** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **2263** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **2601** |
| Street Address of Debtor (No. & Street, City, State & Zip Code): **262 E Wrightwood Ave** **Glendale Heights, IL**     ZIPCODE **60139-2627** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): **262 E Wrightwood Ave** **Glendale Heights, IL**     ZIPCODE **60139-2627** |
| County of Residence or of the Principal Place of Business: **DuPage** | County of Residence or of the Principal Place of Business: **DuPage** |
| Mailing Address of Debtor (if different from street address)     ZIPCODE | Mailing Address of Joint Debtor (if different from street address):     ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):     ZIPCODE | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family," or household purpose."
- [ ] Debts are primarily business debts.

### Filing Fee (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (1/08)                                                                                                      Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Thomas, Andre & Thomas, Nicole** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X  */s/ Nicolette Robovsky*                                          **11/07/08**<br>      Signature of Attorney for Debtor(s)                              Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord or lessor that obtained judgment)<br><br>_____<br>(Address of landlord or lessor)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)                                                                                    Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Thomas, Andre & Thomas, Nicole** |

## Signatures

<table>
<tr>
<td>

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Andre Thomas*
Signature of Debtor                                    **Andre Thomas**

**X** */s/ Nicole Thomas*
Signature of Joint Debtor                              **Nicole Thomas**

Telephone Number (If not represented by attorney)

**November 7, 2008**
Date

</td>
<td>

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

</td>
</tr>
<tr>
<td>

### Signature of Attorney*

**X** */s/ Nicolette Robovsky*
Signature of Attorney for Debtor(s)

**Nicolette Robovsky 6278336**
Printed Name of Attorney for Debtor(s)

**Gleason & Gleason**
Firm Name

**77 W Washington, Ste 1218**
Address

**Chicago, IL  60602**

**(312) 578-9530**
Telephone Number

**November 7, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td>

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any,  of Bankruptcy Petition Preparer

Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

**X**
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

</td>
</tr>
<tr>
<td>

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

</td>
<td></td>
</tr>
</table>

*Left margin:* © 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**UNITED STATES BANKRUPTCY COURT**

**NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)**
**OF THE BANKRUPTCY CODE**

---

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

---

**1. Services Available from Credit Counseling Agencies**

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

**2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in instalments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them,

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | |
|---|---|
| **Thomas, Andre & Thomas, Nicole** | **X** */s/ Andre Thomas*                    **11/07/2008** |
| Printed Name(s) of Debtor(s) | Signature of Debtor                    Date |
| | |
| Case No. (if known) _____ | **X** */s/ Nicole Thomas*                    **11/07/2008** |
| | Signature of Joint Debtor (if any)                    Date |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Thomas, Andre & Thomas, Nicole** _____   Case No. _____
<center>Debtor(s)                                          (If known)</center>

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL** 0.00 | |

<center>(Report also on Summary of Schedules)</center>

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Thomas, Andre & Thomas, Nicole**                              Case No. _____
　　　　　　　　　Debtor(s)                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on Hand | | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Household goods, including but not limited to: TVs, chairs, tables, sofas, bedroom furniture, some kitchen appliances. | | 1,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, Pictures, and other art objects, antiques, stamp, coin, record, tape, compact disc, and other colletions or collectibles | | 250.00 |
| 6. Wearing apparel. | | Used Clothing | | 250.00 |
| 7. Furs and jewelry. | | Misc Costume Jewelry | | 75.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term life thru work - no cash value | H | 0.00 |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) Cont.

IN RE **Thomas, Andre & Thomas, Nicole**
Debtor(s)                                        Case No. _____
                                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Dodge Intrepid**<br>**2007 Dodge Charger** | J<br>J | 4,000.00<br>18,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) – Cont.

IN RE **Thomas, Andre & Thomas, Nicole**
_____      Case No. _____
                    Debtor(s)                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **23,625.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____  **0** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

**IN RE** Thomas, Andre & Thomas, Nicole                           Case No. _____
_____
Debtor(s)                                                            (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on Hand** | **735 ILCS 5 §12-1001(b)** | **50.00** | **50.00** |
| **Household goods, including but not limited to: TVs, chairs, tables, sofas, bedroom furniture, some kitchen appliances.** | **735 ILCS 5 §12-1001(b)** | **1,000.00** | **1,000.00** |
| **Books, Pictures, and other art objects, antiques, stamp, coin, record, tape, compact disc, and other colletions or collectibles** | **735 ILCS 5 §12-1001(a)** | **250.00** | **250.00** |
| **Used Clothing** | **735 ILCS 5 §12-1001(a)** | **250.00** | **250.00** |
| **Misc Costume Jewelry** | **735 ILCS 5 §12-1001(b)** | **75.00** | **75.00** |
| **2000 Dodge Intrepid** | **735 ILCS 5 §12-1001(c)** | **2,400.00** | **4,000.00** |
| **2007 Dodge Charger** | **735 ILCS 5 §12-1001(c)** | **2,400.00** | **18,000.00** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Thomas, Andre & Thomas, Nicole**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. _(See Instructions Above.)_ | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2194398** **Acc Consumer Finance L 10770 Wateridge Cir San Diego, CA 92121-5701** | | J | **Installment account opened 2/08. PMSI in 2007 Dodge Charger.** VALUE $ **18,000.00** | | | | **22,008.00** | **4,008.00** |
| ACCOUNT NO. **Gateway Financial PO Box 6919 Saginaw, MI 48608-6919** | | J | **auto loan. PMSI in 2000 Dodge Intrepid.** VALUE $ **4,000.00** | | | | **5,500.00** | **1,500.00** |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

**0** continuation sheets attached

| | Subtotal (Total of this page) | $ 27,508.00 | $ 5,508.00 |
|---|---|---|---|
| | Total (Use only on last page) | $ 27,508.00 | $ 5,508.00 |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE **Thomas, Andre & Thomas, Nicole** _____    Case No. _____
_____Debtor(s)_____                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) – Cont.

IN RE **Thomas, Andre & Thomas, Nicole**
_____                     Case No. _____
Debtor(s)                                        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Internal Revenue Service Centralized Insolvency Operations PO Box 21126 Philadelphia, PA 19114-0326** | | J | 2005 income tax debt | | | | 4,831.32 | 4,831.32 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims   Subtotal (Totals of this page) $ **4,831.32** $ **4,831.32** $

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ **4,831.32**

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ **4,831.32** $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Thomas, Andre & Thomas, Nicole** _____    Case No. _____

<p style="text-align:center">Debtor(s)                                          (If known)</p>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **D228326n1**<br>**1st Nationwide-delta** | | W | Open account opened 6/04 | | | | **194.00** |
| ACCOUNT NO.<br>**Provida Life Sciences**<br>**PO Box 16667**<br>**Encino, CA  91416-6667** | | | Assignee or other notification for:<br>1st Nationwide-delta | | | | |
| ACCOUNT NO. **414007**<br>**Acute Care Specialists II Ltd**<br>**PO Box 7006**<br>**Bolingbrook, IL  60440** | | J | Medical or Dental Bill | | | | **1,167.00** |
| ACCOUNT NO. **g00707484465**<br>**Alexian Brothers Medical Center**<br>**800 Biesterfield Rd Fl 1**<br>**Elk Grove Village, IL  60007-3310** | | J | Medical or Dental Bill | | | | **9,882.00** |

<p style="text-align:right">Subtotal</p>
<p style="text-align:right">(Total of this page) $ <b>11,243.00</b></p>

___**25**___ continuation sheets attached

<p style="text-align:right">Total</p>
<p style="text-align:right">(Use only on last page of the completed Schedule F. Report also on<br>the Summary of Schedules and, if applicable, on the Statistical<br>Summary of Certain Liabilities and Related Data.) $ _____</p>

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Thomas, Andre & Thomas, Nicole**                                      Case No. _____
                        Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **g00707073813**<br>**Alexian Brothers Medical Center**<br>**800 Biesterfield Rd Fl 1**<br>**Elk Grove Village, IL  60007-3310** | | J | **Medical or Dental Bills** | | | | 148.00 |
| ACCOUNT NO. **f00026485748,g0070707383**<br>**Alexian Brothers Medical Center**<br>**800 Biesterfield Rd Fl 1**<br>**Elk Grove Village, IL  60007-3310** | | J | **Medical or Dental Bills** | | | | 557.00 |
| ACCOUNT NO. **85966a380**<br>**Alexian Brothers Medical Group**<br>**PO Box 843147**<br>**Boston, MA  02284-3147** | | J | **Medical or Dental Bill** | | | | 199.00 |
| ACCOUNT NO. **16284**<br>**All Credit Lenders**<br>**691 W North Ave**<br>**Elmhurst, IL  60126-2132** | | J | **loan** | | | | 1,118.00 |
| ACCOUNT NO. **8763923**<br>**Allied Interstate Inc**<br>**435 Ford Rd Ste 800**<br>**Minneapolis, MN  55426-1066** | | H | **Open account opened 8/05** | | | | 129.00 |
| ACCOUNT NO.<br>**Sbc**<br>**225 W Randolph St**<br>**Chicago, IL  60606-1838** | | | **Assignee or other notification for:**<br>**Allied Interstate Inc** | | | | |
| ACCOUNT NO. **0000000003522900**<br>**Americas Recovery Netw**<br>**PO Box 176610**<br>**Covington, KY  41017-6610** | | W | **Unknown account opened 9/06** | | | | 136.00 |

Sheet no. **1** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **2,287.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Thomas, Andre & Thomas, Nicole**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Kmart<br>Sears Holding Corporation<br>3333 Beverly Rd<br>Hoffman Estates, IL  60192-3322** | | | Assignee or other notification for:<br>**Americas Recovery Netw** | | | | |
| ACCOUNT NO. **00000000003521471**<br>**Americas Recovery Netw<br>PO Box 176610<br>Covington, KY  41017-6610** | | W | **Unknown account opened 9/06** | | | | **67.00** |
| ACCOUNT NO.<br>**Kmart<br>Sears Holding Corporation<br>3333 Beverly Rd<br>Hoffman Estates, IL  60192-3322** | | | Assignee or other notification for:<br>**Americas Recovery Netw** | | | | |
| ACCOUNT NO. **1369**<br>**Americash Loan<br>880 Lee St Ste 302<br>Des Plaines, IL  60016-6487** | | J | **loan** | | | | **3,057.00** |
| ACCOUNT NO. **4791-0601-0205-1165**<br>**Aspire<br>Attn Bankruptcy<br>PO Box 105374<br>Atlanta, GA  30348-5374** | | J | **Revolving credit card charges incurred over the past several years.** | | | | **1,951.00** |
| ACCOUNT NO.<br>**Nco Financial<br>507 Prudential Rd<br>Horsham, PA  19044-2308** | | | Assignee or other notification for:<br>**Aspire** | | | | |
| ACCOUNT NO. **36787698**<br>**Asset Acceptance Llc<br>For Cottonwood Financial<br>PO Box 2036<br>Warren, MI  48090-2036** | | W | **Open account opened 3/08** | | | | **1,601.00** |

Sheet no. **2** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6,676.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Thomas, Andre & Thomas, Nicole** _____ Case No. _____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Cottonwood Financial** | | | Assignee or other notification for: <br> Asset Acceptance Llc | | | | |
| ACCOUNT NO. **16384443** <br> **Asset Acceptance Llc** <br> **PO Box 2036** <br> **Warren, MI  48090-2036** | | W | Open account opened 1/04 | | | | **1,421.00** |
| ACCOUNT NO. <br> **Bally Total Fitness** <br> **12440 Imperial Hwy Ste 300** <br> **Norwalk, CA  90650-8309** | | | Assignee or other notification for: <br> Asset Acceptance Llc | | | | |
| ACCOUNT NO. **36943901** <br> **Asset Acceptance Llc** <br> **PO Box 2036** <br> **Warren, MI  48090-2036** | | W | Open account opened 4/08 | | | | **1,013.00** |
| ACCOUNT NO. <br> **Bally Total Fitness** <br> **12440 Imperial Hwy Ste 300** <br> **Norwalk, CA  90650-8309** | | | Assignee or other notification for: <br> Asset Acceptance Llc | | | | |
| ACCOUNT NO. **35333058** <br> **Asset Acceptance Llc** <br> **PO Box 2036** <br> **Warren, MI  48090-2036** | | W | Open account opened 10/07 | | | | **963.00** |
| ACCOUNT NO. <br> **Nicor** <br> **PO Box 416** <br> **Aurora, IL  60568-0001** | | | Assignee or other notification for: <br> Asset Acceptance Llc | | | | |

Sheet no. **3** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **3,397.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Thomas, Andre & Thomas, Nicole** _____    Case No. _____
_____Debtor(s)_____                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **kf0474**<br>**Assetcare, Inc**<br>**5100 Peachtree Industrial Blvd**<br>**Norcross, GA  30071** | | J | **Medical or Dental Bills** | | | | **2,286.00** |
| ACCOUNT NO. **3301110023201**<br>**At&T**<br>**PO Box 451409**<br>**Atlanta, GA  31145-9409** | | J | **Utility or Cellular Service** | | | | **90.00** |
| ACCOUNT NO.<br>**Calvary Portfolio Services**<br>**7 Skyline Dr 3rd Fl**<br>**Hawthorne, NY  10532-2156** | | | **Assignee or other notification for:**<br>**At&T** | | | | |
| ACCOUNT NO.<br>**Calvary Portfolio Services**<br>**PO Box 27288**<br>**Tempe, AZ  85285-7288** | | | **Assignee or other notification for:**<br>**At&T** | | | | |
| ACCOUNT NO. **A331810853340100000**<br>**At&T**<br>**PO Box 451409**<br>**Atlanta, GA  31145-9409** | | J | **Utility or Cellular Service** | | | | **693.00** |
| ACCOUNT NO.<br>**Nco Financial**<br>**507 Prudential Rd**<br>**Horsham, PA  19044-2308** | | | **Assignee or other notification for:**<br>**At&T** | | | | |
| ACCOUNT NO. **51517359**<br>**Avenue**<br>**1 United Retail Plz**<br>**Troy, OH  45373-8927** | | J | **nsf check** | | | | **53.00** |

Sheet no. ___**4**___ of ___**25**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  **3,122.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Thomas, Andre & Thomas, Nicole**                                    Case No. _____
                    Debtor(s)                                                  (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Certegy Payment Recovery Services**<br>**11601 Roosevelt Blvd N**<br>**Saint Petersburg, FL 33716-2202** | | | Assignee or other notification for:<br>Avenue | | | | |
| ACCOUNT NO. **0044480474004**<br>**Bally Total Fitness**<br>**12440 Imperial Hwy Ste 300**<br>**Norwalk, CA 90650-8309** | | J | membership | | | | **3,173.00** |
| ACCOUNT NO.<br>**Asset Acceptance**<br>**PO Box 2036**<br>**Warren, MI 48090-2036** | | | Assignee or other notification for:<br>Bally Total Fitness | | | | |
| ACCOUNT NO.<br>**Bank Of America**<br>**Recovery Management, MD4-3001-16-01**<br>**225 N Calvert St**<br>**Baltimore, MD 21202-3504** | | J | Bank fees | | | | **150.00** |
| ACCOUNT NO. **78856630**<br>**Bay Area Credit Servic**<br>**2860 Zanker Rd**<br>**San Jose, CA 95134-2115** | | H | Open account opened 8/08 | | | | **129.00** |
| ACCOUNT NO.<br>**At&T**<br>**PO Box 8100**<br>**Aurora, IL 60507-8100** | | | Assignee or other notification for:<br>Bay Area Credit Servic | | | | |
| ACCOUNT NO. **06SC003444**<br>**Calvary Portfolio Services**<br>**7 Skyline Dr 3rd Fl**<br>**Hawthorne, NY 10532-2156** | | J | judgment | | | | **1,886.00** |

Sheet no. __5__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **5,338.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) (Cont.)

IN RE Thomas, Andre & Thomas, Nicole                                              Case No. _____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Brian D. Schulman**<br>**1990 W Algonquin Rd, Ste 180**<br>**Schaumburg, IL  60173** | | | **Assignee or other notification for:**<br>**Calvary Portfolio Services** | | | | |
| ACCOUNT NO. **118528**<br>**Cancer Ceare Hemotology Specs**<br>**3610 Paysphere Circle**<br>**Chicago, IL  60674-0036** | | J | **Medical or Dental Bill** | | | | **33.00** |
| ACCOUNT NO. **70014**<br>**Cardiovascular Associates**<br>**Dept 20 1027**<br>**PO Box 5940**<br>**Carol Stream, IL  60197-5940** | | J | **Medical or Dental Bill** | | | | **17.00** |
| ACCOUNT NO. **5501**<br>**Cashmart/ First Cash Advance**<br>**9263 W Cermak Rd**<br>**Riverside, IL  60546-1061** | | J | **loan** | | | | **1,217.00** |
| ACCOUNT NO. **8976802**<br>**Cavalry Portfolio Serv**<br>**7 Skyline Dr Ste 3**<br>**Hawthorne, NY  10532-2162** | | H | **Open account opened 3/06** | | | | **90.00** |
| ACCOUNT NO.<br>**At&T**<br>**PO Box 8100**<br>**Aurora, IL  60507-8100** | | | **Assignee or other notification for:**<br>**Cavalry Portfolio Serv** | | | | |
| ACCOUNT NO. **00168724**<br>**Central Dupage Emergency Phys**<br>**PO Box 366**<br>**Hinsdale, IL  60522-0366** | | J | **Medical or Dental Bill** | | | | **672.00** |

Sheet no. **6** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **2,029.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Thomas, Andre & Thomas, Nicole**                    Case No. _____
_____
Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5786903**<br>**Central Dupage Hospital**<br>**25 N Winfield Rd**<br>**Winfield, IL  60190** | | J | **Medical or Dental Bill** | | | | **2,245.00** |
| ACCOUNT NO.<br>**Check Into Cash**<br>**1171 Bloomingdale Rd**<br>**Glendale Heights, IL  60139-3402** | | J | **loan** | | | | **606.00** |
| ACCOUNT NO.<br>**Alliance Asset Management**<br>**330 Georgetown Sq Ste 104**<br>**Wood Dale, IL  60191-1890** | | | **Assignee or other notification for:**<br>**Check Into Cash** | | | | |
| ACCOUNT NO.<br>**Check N Go Online**<br>**7755 Montgomery Rd Ste 400**<br>**Cincinnati, OH  45236-4201** | | J | **loan** | | | | **936.00** |
| ACCOUNT NO.<br>**Check Resolution Services**<br>**1561 Kenmore Ave**<br>**Buffalo, NY  14217-2614** | | | **Assignee or other notification for:**<br>**Check N Go Online** | | | | |
| ACCOUNT NO.<br>**Check N Go Online**<br>**515 Financial Way**<br>**Mason, OH  45040** | | J | **loan** | | | | **718.00** |
| ACCOUNT NO.<br>**Check N Go Online**<br>**7755 Montgomery Rd Ste 400**<br>**Cincinnati, OH  45236-4201** | | H | **loan** | | | | **590.00** |

Sheet no. **7** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,095.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Thomas, Andre & Thomas, Nicole**                          Case No. _____
          Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8101758078** <br> **Com Ed** <br> **Revenue Management** <br> **2100 Swift Dr** <br> **Oak Brook, IL  60523-1559** | | J | **Utility or Cellular Service** | | | | **2,850.00** |
| ACCOUNT NO. <br> **Reed Smith** <br> **10 S Wacker Dr** <br> **Chicago, IL  60606-7507** | | | **Assignee or other notification for: Com Ed** | | | | |
| ACCOUNT NO. <br> **Cottonwood Financial** <br> **Cash Store** <br> **Address Unknown** | | J | **loan** | | | | **1,601.00** |
| ACCOUNT NO. **33873579** <br> **Credit Management Lp** <br> **4200 International Pkwy** <br> **Carrollton, TX  75007-1912** | | W | **Open account opened 3/07** | | | | **524.00** |
| ACCOUNT NO. <br> **Comcast** <br> **Attn:  Bankruptcy** <br> **1500 Market St** <br> **Philadelphia, PA  19102-2100** | | | **Assignee or other notification for: Credit Management Lp** | | | | |
| ACCOUNT NO. **905413136** <br> **Credit Protection Asso** <br> **13355 Noel Rd Ste 2100** <br> **Dallas, TX  75240-6837** | | W | **Unknown account opened 6/03** | | | | **289.00** |
| ACCOUNT NO. <br> **Hollywood Video** <br> **11458 S Michigan Ave** <br> **Chicago, IL  60628** | | | **Assignee or other notification for: Credit Protection Asso** | | | | |

Sheet no. **8** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **5,264.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Thomas, Andre & Thomas, Nicole** _____   Case No. _____
                                            Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1026056178**<br>**Credit Protection Asso**<br>**13355 Noel Rd Ste 2100**<br>**Dallas, TX  75240-6837** | | H | **Open account opened 1/04** | | | | **250.00** |
| ACCOUNT NO.<br>**Hollywood Video** | | | **Assignee or other notification for:**<br>**Credit Protection Asso** | | | | |
| ACCOUNT NO. **1014927313**<br>**Credit Protection Asso**<br>**13355 Noel Rd Ste 2100**<br>**Dallas, TX  75240-6837** | | W | **Unknown account opened 12/03** | | | | **111.00** |
| ACCOUNT NO.<br>**Hollywood Video**<br>**Corporate**<br>**9275 SW Peyton Ln**<br>**Wilsonville, OR  97070-9200** | | | **Assignee or other notification for:**<br>**Credit Protection Asso** | | | | |
| ACCOUNT NO. **356349466396**<br>**Dependon Collection Se**<br>**120 W 22nd St Ste 360**<br>**Oak Brook, IL  60523-1511** | | H | **Open account opened 3/04** | | | | **643.00** |
| ACCOUNT NO.<br>**St Alexius Medical Center**<br>**Emergency**<br>**1555 Barrington Rd**<br>**Hoffman Estates, IL  60194-1018** | | | **Assignee or other notification for:**<br>**Dependon Collection Se** | | | | |
| ACCOUNT NO. **356349589002**<br>**Dependon Collection Se**<br>**120 W 22nd St Ste 360**<br>**Oak Brook, IL  60523-1511** | | H | **Open account opened 4/05** | | | | **189.00** |

Sheet no. **9** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,193.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Thomas, Andre & Thomas, Nicole**                                      Case No. _____
_____Debtor(s)_____                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**St Alexius Medical Center Emergency**<br>**1555 Barrington Rd**<br>**Hoffman Estates, IL 60194-1018** | | | Assignee or other notification for:<br>**Dependon Collection Se** | | | | |
| ACCOUNT NO. **8021000156903**<br>**Dupage Pathology Assoc**<br>**520 E 22nd St**<br>**Lombard, IL 60148-6110** | | J | **Medical or Dental Bills** | | | | **268.00** |
| ACCOUNT NO. **980436, 01SC00011**<br>**Fash Cash Advance**<br>**125 Wood St**<br>**West Chicago, IL 60185-2804** | | J | **judgment from loan** | | | | **983.00** |
| ACCOUNT NO.<br>**Edgerton And Edgerton**<br>**125 Wood St**<br>**West Chicago, IL 60185-2804** | | | Assignee or other notification for:<br>**Fash Cash Advance** | | | | |
| ACCOUNT NO. **07235303464**<br>**Fifth Third Bank**<br>**PO Box 630337**<br>**Cincinnati, OH 45263-0337** | | J | **overdraft fees** | | | | **616.00** |
| ACCOUNT NO.<br>**Nationwide Credit, Inc**<br>**2015 Vaughn Rd NW Ste 400**<br>**Kennesaw, GA 30144-7802** | | | Assignee or other notification for:<br>**Fifth Third Bank** | | | | |
| ACCOUNT NO. **17289636939**<br>**Fingerhut**<br>**Po Box 166**<br>**Newark, NJ 07101** | | J | **consumer debt** | | | | **253.30** |

Sheet no. **10** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,120.30**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) (Cont.)

IN RE **Thomas, Andre & Thomas, Nicole**
_____    Case No. _____
Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Asset Acceptance**<br>**PO Box 2036**<br>**Warren, MI  48090-2036** | | | Assignee or other notification for:<br>**Fingerhut** | | | | |
| ACCOUNT NO. **5433-6287-6101-8450**<br>**First Premier Bank**<br>**601 S Minnesota Ave**<br>**Sioux Falls, SD  57104-4824** | | J | **Revolving credit card charges incurred over the past several years.** | | | | **399.00** |
| ACCOUNT NO.<br>**Arrow Financial**<br>**5996 W Touhy Ave**<br>**Niles, IL  60714-4610** | | | Assignee or other notification for:<br>**First Premier Bank** | | | | |
| ACCOUNT NO. **3390749**<br>**Firstsource Hc Advanta**<br>**1900 W Severs Rd**<br>**La Porte, IN  46350-7855** | | W | **Open account opened 6/06** | | | | **392.00** |
| ACCOUNT NO.<br>**Northwest Hospital**<br>**800 W Central Rd**<br>**Arlington Heights, IL  60005-2349** | | | Assignee or other notification for:<br>**Firstsource Hc Advanta** | | | | |
| ACCOUNT NO. **36787698**<br>**Fms, Inc**<br>**4915 S Union Ave**<br>**Tulsa, OK  74107-7839** | | J | **Collections** | | | | **1,601.00** |
| ACCOUNT NO.<br>**Asset Acceptance**<br>**PO Box 823**<br>**Fort Mill, SC  29716-0823** | | | Assignee or other notification for:<br>**Fms, Inc** | | | | |

Sheet no. __**11**__ of __**25**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **2,392.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Thomas, Andre & Thomas, Nicole**        Case No. _____
<br>_____
<br>Debtor(s)        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **890995**<br><br>**Free Checking Plus**<br>**C/O National Enterprise Systems**<br>**29125 Solon Rd**<br>**Solon, OH 44139-3442** | | J | **Collections** | | | | **136.00** |
| ACCOUNT NO. **414007**<br><br>**Glen Oak Cardiology**<br>**PO Box 7000**<br>**Bolingbrook, IL 60440-7000** | | J | **Medical or Dental Bill** | | | | **20.00** |
| ACCOUNT NO. **2034041, 2040176**<br><br>**Glen Oaks Hospital**<br>**PO Box 4657**<br>**Hinsdale, IL 60522-4657** | | J | **Medical or Dental Bill** | | | | **7,852.00** |
| ACCOUNT NO. **2035817, 2034041**<br><br>**Glen Oaks Hospital**<br>**PO Box 4657**<br>**Hinsdale, IL 60522-4657** | | J | **Medical or Dental Bills** | | | | **8,850.00** |
| ACCOUNT NO. **000600000155093**<br><br>**Glen Oaks Womens Healthcare**<br>**PO Box 7001**<br>**Lemont, IL 60439-0090** | | J | **Medical or Dental Bill** | | | | **70.00** |
| ACCOUNT NO. **57036425**<br><br>**Global Payments Check**<br>**6215 W Howard St**<br>**Niles, IL 60714-3403** | | W | **Open account opened 6/06** | | | | **188.00** |
| ACCOUNT NO.<br><br>**Steam Magic**<br>**80 Oconnor Rd**<br>**Fairport, NY 14450-1346** | | | **Assignee or other notification for:**<br>**Global Payments Check** | | | | |

Sheet no. **12** of **25** continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
<br>(Total of this page)   $ **17,116.00**

Total
<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Thomas, Andre & Thomas, Nicole**          Case No. _____
         _____Debtor(s)_____                              (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9886108**<br>**Harvard Collection**<br>**4839 N Elston Ave**<br>**Chicago, IL  60630-2534** | | H | Open account opened 6/06 | | | | 2,107.00 |
| ACCOUNT NO.<br>**Com Ed**<br>**Revenue Management**<br>**2100 Swift Dr**<br>**Oak Brook, IL  60523-1559** | | | Assignee or other notification for:<br>Harvard Collection | | | | |
| ACCOUNT NO.<br>**Illinois Department Of Employment Securi**<br>**Bankruptcy Unit 3rd Fl**<br>**401 S State St**<br>**Chicago, IL  60605-1229** | | H | Overpayment of benefits | | | | 666.00 |
| ACCOUNT NO.<br>**Illinois Department Of Employment Securi**<br>**Bankruptcy Unit 3rd Fl**<br>**401 S State St**<br>**Chicago, IL  60605-1229** | | W | Overpayment of benefits | | | | 3,075.00 |
| ACCOUNT NO. **500603**<br>**Illinois Department Of Human Services**<br>**401 S Clinton St**<br>**Chicago, IL  60607-3800** | | J | Overpayment of benefits | | | | 21,700.00 |
| ACCOUNT NO.<br>**Lisa Madigan, Illinois Attorney General**<br>**Attn:  Robert L. Perlstein**<br>**160 N Lasalle St Ste N1000**<br>**Chicago, IL  60601-3118** | | | Assignee or other notification for:<br>Illinois Department Of Human Services | | | | |
| ACCOUNT NO.<br>**Nco Financial Systems, Inc**<br>**600 Holiday Plaza Dr Ste 300**<br>**Matteson, IL  60443-2238** | | | Assignee or other notification for:<br>Illinois Department Of Human Services | | | | |

Sheet no. **13** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **27,548.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Thomas, Andre & Thomas, Nicole** _____    Case No. _____
                    Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114-0326** | | J | **2004 tax debt** | | | | **3,805.00** |
| ACCOUNT NO. **22812148**<br>**JC Penny<br>Attn Bankruptcy<br>PO Box 10001<br>Dallas, TX 75301-0001** | | J | **Revolving credit card charges incurred over the past several years.** | | | | **349.00** |
| ACCOUNT NO.<br>**Asset Acceptance<br>PO Box 2036<br>Warren, MI 48090-2036** | | | **Assignee or other notification for:<br>JC Penny** | | | | |
| ACCOUNT NO. **43386751**<br>**Jewel<br>A Supervalue Company<br>4320 W Thunderbird Rd<br>Glendale, AZ 85306-5027** | | J | **nsf checks** | | | | **200.00** |
| ACCOUNT NO.<br>**Chex Systems<br>7805 Hudson Rd Ste 100<br>Saint Paul, MN 55125-1595** | | | **Assignee or other notification for:<br>Jewel** | | | | |
| ACCOUNT NO.<br>**Commercial Check Control<br>7250 Beverly Blvd Ste 200<br>Los Angeles, CA 90036-2560** | | | **Assignee or other notification for:<br>Jewel** | | | | |
| ACCOUNT NO.<br>**Telecheck<br>5251 Westheimer Rd<br>Houston, TX 77056-5412** | | | **Assignee or other notification for:<br>Jewel** | | | | |

Sheet no. __**14**__ of __**25**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **4,354.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Thomas, Andre & Thomas, Nicole**                                                Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **318319**<br>**Kahuna Payment Solutions**<br>**801 W Chestnut St Ste C**<br>**Bloomington, IL  61701-4500** | | J | **Collections** | | | | **2,133.00** |
| ACCOUNT NO.<br>**The Law Office Of Charles G. Mccarthy**<br>**PO Box 1045**<br>**Bloomington, IL  61702-1045** | | | **Assignee or other notification for:**<br>**Kahuna Payment Solutions** | | | | |
| ACCOUNT NO. **2910161383**<br>**Ltd Financial Svcs Lp**<br>**7322 Southwest Fwy Ste 1**<br>**Houston, TX  77074-2010** | | W | **Open account opened 6/08** | | | | **900.00** |
| ACCOUNT NO.<br>**Bank Of America**<br>**Attn:  FL 1-300-02-07**<br>**PO Box 25118**<br>**Tampa, FL  33633-0900** | | | **Assignee or other notification for:**<br>**Ltd Financial Svcs Lp** | | | | |
| ACCOUNT NO. **f25991002**<br>**Lvnv Funding**<br>**PO Box 10497**<br>**Greenville, SC  29603-0497** | | J | **Collections** | | | | **2,301.00** |
| ACCOUNT NO.<br>**Northland Group,  Inc**<br>**PO Box 390905**<br>**Edina, MN  55439-0905** | | | **Assignee or other notification for:**<br>**Lvnv Funding** | | | | |
| ACCOUNT NO. **5121-0750-3884-6361**<br>**Lvnv Funding Llc**<br>**PO Box 740281**<br>**Houston, TX  77274-0281** | | W | **Open account opened 10/05** | | | | **2,306.00** |

Sheet no. __**15**__ of __**25**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **7,640.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Thomas, Andre & Thomas, Nicole** _____ Case No. _____
_____Debtor(s)_____ (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Sears Citibank**<br>**Bankruptcy**<br>**PO Box 20363**<br>**Kansas City, MO  64195-0363** | | | Assignee or other notification for:<br>**Lvnv Funding Llc** | | | | |
| ACCOUNT NO. **5049940153055701**<br>**Lvnv Funding Llc**<br>**PO Box 740281**<br>**Houston, TX  77274-0281** | | W | Open account opened 8/05 | | | | 1,871.00 |
| ACCOUNT NO.<br>**Sears Citibank**<br>**Bankruptcy**<br>**PO Box 20363**<br>**Kansas City, MO  64195-0363** | | | Assignee or other notification for:<br>**Lvnv Funding Llc** | | | | |
| ACCOUNT NO. **26493999**<br>**Medical Center Anesthesia**<br>**2413 W Algonquin Rd # 608**<br>**Algonquin, IL  60102-9402** | | J | Medical or Dental Bill | | | | 120.00 |
| ACCOUNT NO. **8071980561**<br>**Merchants Cr**<br>**223 W Jackson Blvd**<br>**Chicago, IL  60606-6908** | | H | | | | | 411.00 |
| ACCOUNT NO.<br>**Acute Care Specialists II Ltd**<br>**PO Box 7006**<br>**Bolingbrook, IL  60440** | | | Assignee or other notification for:<br>**Merchants Cr** | | | | |
| ACCOUNT NO. **8070038243**<br>**Merchants Cr**<br>**223 W Jackson Blvd**<br>**Chicago, IL  60606-6908** | | H | | | | | 222.00 |

Sheet no. __16__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,624.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Thomas, Andre & Thomas, Nicole**                     Case No. _____
_____Debtor(s)_____              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Glen Oaks Hospital** <br> **PO Box 4657** <br> **Hinsdale, IL 60522-4657** | | | Assignee or other notification for: <br> **Merchants Cr** | | | | |
| ACCOUNT NO. **8070038413** <br> **Merchants Cr** <br> **223 W Jackson Blvd** <br> **Chicago, IL 60606-6908** | | H | **Medical or Dental Bill** | | | | **178.00** |
| ACCOUNT NO. <br> **Glen Oaks Hospital** <br> **PO Box 4657** <br> **Hinsdale, IL 60522-4657** | | | Assignee or other notification for: <br> **Merchants Cr** | | | | |
| ACCOUNT NO. **450318** <br> **National Check Trust** <br> **2811 Corporate Way** <br> **Miramar, FL 33025-3972** | | W | **Open account opened 8/07** | | | | **406.00** |
| ACCOUNT NO. <br> **Roto Rooter** <br> **2500 Chemed Center** <br> **255 E 5th St** <br> **Cincinnati, OH 45202-4700** | | | Assignee or other notification for: <br> **National Check Trust** | | | | |
| ACCOUNT NO. **103722** <br> **National Credit Adjust** <br> **327 W 4th Ave** <br> **Hutchinson, KS 67501-4842** | | W | **Open account opened 6/06** | | | | **496.00** |
| ACCOUNT NO. <br> **Check N Go Online** <br> **7755 Montgomery Rd Ste 400** <br> **Cincinnati, OH 45236-4201** | | | Assignee or other notification for: <br> **National Credit Adjust** | | | | |

Sheet no. **17** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **1,080.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Thomas, Andre & Thomas, Nicole__                                      Case No. _____
                Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7726182**<br>**Nco Fin /27**<br>**PO Box 7216**<br>**Philadelphia, PA 19101-7216** | | H | | | | | **159.00** |
| ACCOUNT NO.<br>**Bank Of America**<br>**PO Box 236**<br>**Saint Louis, MO 63166-0236** | | | **Assignee or other notification for:**<br>**Nco Fin /27** | | | | |
| ACCOUNT NO. **645962892**<br>**Nco Fin/99**<br>**For Uhaul**<br>**PO Box 41466**<br>**Philadelphia, PA 19101-1466** | | W | **Open account opened 5/05** | | | | **146.00** |
| ACCOUNT NO.<br>**U-haul Int.** | | | **Assignee or other notification for:**<br>**Nco Fin/99** | | | | |
| ACCOUNT NO.<br>**New Age Chicago Furniture**<br>**4238 S Cottage Grove Ave**<br>**Chicago, IL 60653-2908** | | J | **installment loan** | | | | **1,569.00** |
| ACCOUNT NO. **3274547012**<br>**Nicor**<br>**PO Box 416**<br>**Aurora, IL 60568-0001** | | J | **Utility or Cellular Service** | | | | **963.00** |
| ACCOUNT NO.<br>**Asset Acceptance**<br>**PO Box 2036**<br>**Warren, MI 48090-2036** | | | **Assignee or other notification for:**<br>**Nicor** | | | | |

Sheet no. __18__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,837.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Thomas, Andre & Thomas, Nicole**

_____  Case No. _____
Debtor(s)  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **29984710003**<br>**Nicor**<br>**PO Box 416**<br>**Aurora, IL 60568-0001** | | J | Utility or Cellular Service | | | | 842.00 |
| ACCOUNT NO. **202560157302**<br>**Northshore University Health Systems**<br>**9600 Gross Point Rd**<br>**Skokie, IL 60076-1214** | | J | Medical or Dental Bill | | | | 1,361.00 |
| ACCOUNT NO.<br>**Van Ru Credit Corp**<br>**1350 E Touhy Ave Ste 100E**<br>**Des Plaines, IL 60018-3337** | | | Assignee or other notification for:<br>Northshore University Health Systems | | | | |
| ACCOUNT NO.<br>**Payday Loan Store**<br>**446 E Roosevelt Rd**<br>**Lombard, IL 60148-4630** | | J | loan | | | | 2,137.00 |
| ACCOUNT NO. **2650190**<br>**Pellettieri**<br>**991 Oak Creek Dr**<br>**Lombard, IL 60148-6408** | | H | | | | | 364.00 |
| ACCOUNT NO.<br>**St Alexius Medical Center**<br>**1555 Barrington Rd**<br>**Hoffman Estates, IL 60194-1018** | | | Assignee or other notification for:<br>Pellettieri | | | | |
| ACCOUNT NO. **3146491**<br>**Pellettieri**<br>**991 Oak Creek Dr**<br>**Lombard, IL 60148-6408** | | H | | | | | 231.00 |

Sheet no. **19** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,935.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Thomas, Andre & Thomas, Nicole** _____ Case No. _____
_____Debtor(s)_____                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**St Alexius Medical Center**<br>**1555 Barrington Rd**<br>**Hoffman Estates, IL  60194-1018** | | | Assignee or other notification for:<br>Pellettieri | | | | |
| ACCOUNT NO. **2649855**<br>**Pellettieri**<br>**991 Oak Creek Dr**<br>**Lombard, IL  60148-6408** | | H | | | | | 152.00 |
| ACCOUNT NO.<br>**St Alexius Medical Center**<br>**1555 Barrington Rd**<br>**Hoffman Estates, IL  60194-1018** | | | Assignee or other notification for:<br>Pellettieri | | | | |
| ACCOUNT NO. **3844633**<br>**Penncro Associates Inc**<br>**95 James Way**<br>**Southampton, PA  18966-3847** | | H | Open account opened 4/08 | | | | 179.00 |
| ACCOUNT NO.<br>**Bank Of America**<br>**Recovery Management, MD4-3001-16-01**<br>**225 N Calvert St**<br>**Baltimore, MD  21202-3504** | | | Assignee or other notification for:<br>Penncro Associates Inc | | | | |
| ACCOUNT NO. **414007**<br>**Physicians Billing Office**<br>**PO Box 7003**<br>**Bolingbrook, IL  60440-7003** | | J | Medical or Dental Bill | | | | 20.00 |
| ACCOUNT NO. **270021c, 11487979**<br>**Radiological Consultants Of Woodstock**<br>**36311 Treasury Circle**<br>**Chicago, IL  60694-6300** | | J | Medical or Dental Bill | | | | 1,327.00 |

Sheet no. **20** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 1,678.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Thomas, Andre & Thomas, Nicole**                        Case No. _____
                          Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Kca Financial**<br>**628 North St**<br>**Geneva, IL  60134-1356** | | | Assignee or other notification for:<br>**Radiological Consultants Of Woodstock** | | | | |
| ACCOUNT NO. **30r600000562036**<br>**Rjm Acq Llc**<br>**575 Underhill Blvd Ste 2**<br>**Syosset, NY  11791-3426** | | W | **Open account opened 9/07** | | | | **382.00** |
| ACCOUNT NO.<br>**Washington Mutual Bank**<br>**Mailstop:  JAZA2035**<br>**7255 Baymeadows Way**<br>**Jacksonville, FL  32256-6851** | | | Assignee or other notification for:<br>**Rjm Acq Llc** | | | | |
| ACCOUNT NO. **4656**<br>**Sears Citibank**<br>**Bankruptcy**<br>**PO Box 20363**<br>**Kansas City, MO  64195-0363** | | J | **Revolving credit card charges incurred over the past several years.** | | | | **587.00** |
| ACCOUNT NO.<br>**Financial Recovery Services**<br>**PO Box 385908**<br>**Minneapolis, MN  55438-5908** | | | Assignee or other notification for:<br>**Sears Citibank** | | | | |
| ACCOUNT NO.<br>**Resurgent Captial Services**<br>**PO Box 10587**<br>**Greenville, SC  29603-0587** | | | Assignee or other notification for:<br>**Sears Citibank** | | | | |
| ACCOUNT NO. **08SC001072**<br>**Short Term Loans**<br>**1227 Glen Ellyn Rd**<br>**Glendale Heights, IL  60139-3110** | | J | **judgment from loan** | | | | **1,386.00** |

Sheet no. ___**21**___ of ___**25**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **2,355.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Thomas, Andre & Thomas, Nicole** _____   Case No. _____
_____Debtor(s)_____                         _____(If known)_____

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Mages & Price**<br>**707 Lake Cook Rd Ste 314**<br>**Deerfield, IL  60015-4933** | | | **Assignee or other notification for:**<br>**Short Term Loans** | | | | |
| ACCOUNT NO.<br>**Sir Finance**<br>**6140 N Lincoln Ave**<br>**Chicago, IL  60659-2317** | | J | **loan** | | | | **1,405.00** |
| ACCOUNT NO. **0149000495, 10323351**<br>**Sprint Nextel**<br>**2001 Edmund Halley Dr**<br>**Reston, VA  20191-3436** | | J | **Utility or Cellular Service** | | | | **151.00** |
| ACCOUNT NO.<br>**Calvary Portfolio Services**<br>**7 Skyline Dr 3rd Fl**<br>**Hawthorne, NY  10532-2156** | | | **Assignee or other notification for:**<br>**Sprint Nextel** | | | | |
| ACCOUNT NO. **f00026484748**<br>**St Alexius Medical Center**<br>**1555 Barrington Rd**<br>**Hoffman Estates, IL  60194-1018** | | J | **Medical or Dental Bills** | | | | **1,576.00** |
| ACCOUNT NO. **53693**<br>**Suburban Lung Associates**<br>**PO Box 2776**<br>**Carol Stream, IL  60132-0001** | | J | **Medical or Dental Bill** | | | | **22.00** |
| ACCOUNT NO. **767596599**<br>**Suburban Radiologists, Sc**<br>**1446 Momentum Place**<br>**Chicago, IL  60689-5314** | | J | **Medical or Dental Bills** | | | | **379.00** |

Sheet no. **22** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,533.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Thomas, Andre & Thomas, Nicole**                                     Case No. _____
              Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **10388070**<br>**TCF Bank**<br>**800 Burr Ridge Pkwy**<br>**Burr Ridge, IL  60527-6486** | | J | **Bank fees** | | | | **1,232.00** |
| ACCOUNT NO.<br>**Professional Account Management**<br>**Po Box 391**<br>**Milwaukee, WI  53201** | | | **Assignee or other notification for:**<br>**TCF Bank** | | | | |
| ACCOUNT NO. **9723949**<br>**United Compucred**<br>**4190 Harrison Ave**<br>**Cincinnati, OH  45211-4546** | | W | **Unknown account opened 4/06** | | | | **292.00** |
| ACCOUNT NO.<br>**Michaels Craft Stores**<br>**8000 Bent Branch Dr**<br>**Irving, TX  75063-6023** | | | **Assignee or other notification for:**<br>**United Compucred** | | | | |
| ACCOUNT NO. **7859818**<br>**United Compucred**<br>**4190 Harrison Ave**<br>**Cincinnati, OH  45211-4546** | | W | **Unknown account opened 7/03** | | | | **62.00** |
| ACCOUNT NO.<br>**Blockbuster, Inc**<br>**1201 Elm St Ste 3000**<br>**Dallas, TX  75270-2128** | | | **Assignee or other notification for:**<br>**United Compucred** | | | | |
| ACCOUNT NO.<br>**US Fast Cash**<br>**Attn Collection Dept**<br>**3531 P St NW**<br>**Miami, OK  74355-0111** | | J | **loan** | | | | **415.00** |

Sheet no. **23** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **2,001.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Thomas, Andre & Thomas, Nicole**
_____
Debtor(s)

Case No. _____
(If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **167612581** <br> **US Fast Cash** <br> **Attn Collection Dept** <br> **3531 P St NW** <br> **Miami, OK  74355-0111** | | H | loan | | | | **415.00** |
| ACCOUNT NO. **192928** <br> **Village Of Bellwood Clerk** <br> **Tickets** <br> **3200 Washington Blvd** <br> **Bellwood, IL  60104-1950** | | J | tickets | | | | **200.00** |
| ACCOUNT NO. <br> **Rmi/Mcsi** <br> **3348 Ridge Rd** <br> **Lansing, IL  60438-3112** | | | Assignee or other notification for: **Village Of Bellwood Clerk** | | | | |
| ACCOUNT NO. **03060000000562036** <br> **Washington Mutual** <br> **Bankruptcy Department** <br> **PO Box 99604** <br> **Arlington, TX  76096-9604** | | J | overdraft fees | | | | **383.00** |
| ACCOUNT NO. <br> **Island National Group** <br> **6851 Jericho Tpke** <br> **Syosset, NY  11791-4494** | | | Assignee or other notification for: **Washington Mutual** | | | | |
| ACCOUNT NO. <br> **Rjm Acquisitions, LLC** <br> **575 Underhill Blvd Ste 224** <br> **Syosset, NY  11791-3416** | | | Assignee or other notification for: **Washington Mutual** | | | | |
| ACCOUNT NO. **000797631399** <br> **Wfnnb/Lane Bryant** <br> **4590 E Broad St** <br> **Columbus, OH  43213-1301** | | J | consumer debt | | | | **329.00** |

Sheet no. **24** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **1,327.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Thomas, Andre & Thomas, Nicole _____    Case No. _____
                          Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Asset Acceptance<br>PO Box 2036<br>Warren, MI  48090-2036** | | | **Assignee or other notification for:**<br>**Wfnnb/Lane Bryant** | | | | |
| ACCOUNT NO. **wlc 142740**<br>**Winfield Laboratory Consultants<br>Dept 4408<br>Carol Stream, IL  60122-0001** | | J | **Medical or Dental Bill** | | | | **113.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **25** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **113.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $  **129,297.30**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE __Thomas, Andre & Thomas, Nicole__      Case No. _____
      Debtor(s)                          (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Dependent**<br>**Dependent**<br>**Dependent**<br>**Dependent** | AGE(S):<br>**15**<br>**15**<br>**8**<br>**7** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Customer Service Rep** | **Document Server** |
| Name of Employer | **Sure Payroll** | **Ricoh** |
| How long employed | **2 years** | |
| Address of Employer | **Glenview, IL** | **Schaumburg, IL** |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ 3,666.66 | $ 2,481.09 |
| 2. Estimated monthly overtime | $ | $ |
| **3. SUBTOTAL** | $ 3,666.66 | $ 2,481.09 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ 359.80 | $ 178.69 |
| b. Insurance | $ | $ 323.53 |
| c. Union dues | $ | $ |
| d. Other (specify) _____ | $ | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 359.80 | $ 502.22 |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ 3,306.86 | $ 1,978.87 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social Security or other government assistance (Specify) _____ | $ | $ |
| | $ | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income (Specify) _____ | $ | $ |
| | $ | $ |
| | $ | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ | $ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ 3,306.86 | $ 1,978.87 |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)      $ 5,285.73

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE <u>Thomas, Andre & Thomas, Nicole</u>                                    Case No. _____
<div align="center">Debtor(s)                                                    (If known)</div>

<div align="center">

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

</div>

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,275.00 |
|   a. Are real estate taxes included?    Yes ____  No ✓ | | |
|   b. Is property insurance included?   Yes ____  No ✓ | | |
| 2. Utilities: | | |
|   a. Electricity and heating fuel | $ | 400.00 |
|   b. Water and sewer | $ | 150.00 |
|   c. Telephone | $ | 190.00 |
|   d. Other  **Cell Phones** | $ | 200.00 |
|      **Cable And Internet** | $ | 100.00 |
| 3. Home maintenance (repairs and upkeep) | $ | |
| 4. Food | $ | 650.00 |
| 5. Clothing | $ | 150.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|   a. Homeowner's or renter's | $ | |
|   b. Life | $ | |
|   c. Health | $ | |
|   d. Auto | $ | 200.00 |
|   e. Other | $ | |
| | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|   (Specify) _____ | $ | |
| | $ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
|   a. Auto | $ | 529.00 |
|   b. Other  **Second Car Payment** | $ | 380.00 |
|      **TV Lease With Aaron's** | $ | 220.00 |
| 14. Alimony, maintenance, and support paid to others | $ | |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| 17. Other  **See Schedule Attached** | $ | 335.00 |
| | $ | |
| | $ | |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.    $ **5,279.00**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---:|
|   a. Average monthly income from Line 15 of Schedule I | $ | 5,285.73 |
|   b. Average monthly expenses from Line 18 above | $ | 5,279.00 |
|   c. Monthly net income (a. minus b.) | $ | 6.73 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Thomas, Andre & Thomas, Nicole</u>                                    Case No. _____
<center>Debtor(s)</center>

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

Other Expenses (DEBTOR)

| | |
|---|---:|
| **Pet Care** | **50.00** |
| **School Expenses** | **75.00** |
| **Personal Care & Grooming** | **150.00** |
| **Vehicle Care And Maintenance** | **40.00** |
| **Bank Fees & Postage** | **20.00** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Thomas, Andre & Thomas, Nicole** _____  Case No. _____
  <span style="float:right">(If known)</span>

  Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**41** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **November 7, 2008** _____  Signature: **/s/ Andre Thomas** _____

  **Andre Thomas** <span style="float:right">Debtor</span>

Date: **November 7, 2008** _____  Signature: **/s/ Nicole Thomas** _____

  **Nicole Thomas** <span style="float:right">(Joint Debtor, if any)</span>

  <span style="float:right">[If joint case, both spouses must sign.]</span>

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____  _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer  Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____  _____
Signature of Bankruptcy Petition Preparer  Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____  Signature: _____

  _____
  <span style="float:right">(Print or type name of individual signing on behalf of debtor)</span>

  *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (12/07)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                  Case No. _____

**Thomas, Andre & Thomas, Nicole** _____    Chapter **7** _____
<div align="center">Debtor(s)</div>

<div align="center">

# STATEMENT OF FINANCIAL AFFAIRS

</div>

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

<div align="center">

*DEFINITIONS*

</div>

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None □

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 37,000.00 | 2006 Income from employment (wife) |
| 43,421.00 | 2007 Income from employment (wife) |
| 3,600.00 | 2008 Income from employment (monthly) (wife) |
| 20,000.00 | 2006 Income from employment (husband) |
| 25,302.00 | 2007 Income from employment (husband) |
| 2,480.00 | 2008 Income from employment (monthly) (husband) |

---

**2. Income other than from employment or operation of business**

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☐  *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **ACC** | **Last 3 months** | **1,587.00** | **0.00** |
| **Gateway Fin**<br>**6200 State St**<br>**Saginaw, MI  48603-3490** | **Last 3 months** | **1,140.00** | **0.00** |

None ☑  *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑  *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Short Terms Loans, LLC vs Nicole A. Thomas; 08SC001072** | **Collections** | **DuPage County Circuit Court** | **Judgment entered.**<br>**Wage Garnishment order entered** |
| **People of the State of Illinois, ex. rell, Illinois Dept of Human Services vs Nicole Horvath; 08M1146263** | **Collections** | **Cook County Circuit Court** | **Judment order entered** |

None ☑  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gleason & Gleason**<br>**77 W Washington, Ste 1218**<br>**Chicago, IL  60602** | **11/01/2008** | **351.00** |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Wachovia** | **Checking account** | **2008 - $0 in account when closed.** |

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**16. Spouses and Former Spouses**

None  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **November 7, 2008**     Signature  */s/ Andre Thomas*
                               of Debtor                                          **Andre Thomas**

Date: **November 7, 2008**     Signature  */s/ Nicole Thomas*
                               of Joint Debtor                                    **Nicole Thomas**
                               (if any)

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                          Case No. _____

Thomas, Andre & Thomas, Nicole _____    Chapter **7** _____
<div style="text-align:center">Debtor(s)</div>

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 23,625.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 27,508.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 4,831.32 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 26 | | $ 129,297.30 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 5,285.73 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $ 5,279.00 |
| TOTAL | | 39 | $ 23,625.00 | $ 161,636.62 | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 6 - Statistical Summary (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

Thomas, Andre & Thomas, Nicole                          Chapter **7**_____
_____
                              Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 4,831.32 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | **4,831.32** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 5,285.73 |
| Average Expenses (from Schedule J, Line 18) | $ | 5,279.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 6,147.75 |

**State the following:**

| | | | | |
|---|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ | 5,508.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 4,831.32 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ | 0.00 |
| 4. Total from Schedule F | | | $ | 129,297.30 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ | 134,805.30 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 1, Exhibit D (10/06)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                    Case No. _____

_____    Chapter **7**_____
Thomas, Andre
                            Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.


Signature of Debtor: **/s/ Andre Thomas**_____

Date: **November  7, 2008**_____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 1, Exhibit D (10/06)

<div style="text-align:center">

**United States Bankruptcy Court**
**Northern District of Illinois**

</div>

IN RE:                                                                    Case No. _____

**Thomas, Nicole** _____   Chapter **7** _____
<div style="text-align:center">Debtor(s)</div>

<div style="text-align:center">

**EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE**
**WITH CREDIT COUNSELING REQUIREMENT**

</div>

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: **/s/ Nicole Thomas** _____

Date: **November  7, 2008** _____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

| IN RE: | Case No. _____ |
|---|---|
| **Thomas, Andre & Thomas, Nicole** | Chapter **7** _____ |
| Debtor(s) | |

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☑ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.
☑ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
☑ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **2007 Dodge Charger** | **Acc Consumer Finance L** | | | | ✓ |
| **2000 Dodge Intrepid** | **Gateway Financial** | ✓ | | | |

| Description of Leased Property | Lessor's Name | | | | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|---|---|---|
| **TV Lease.  $220/mo** | **Aaron Sales And Lease** | | | | ✓ |

| **11/07/2008** | **/s/ Andre Thomas** | | **/s/ Nicole Thomas** | |
|---|---|---|---|---|
| Date | **Andre Thomas** | Debtor | **Nicole Thomas** | Joint Debtor (if applicable) |

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____       _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer       Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
Address

_____       _____
Signature of Bankruptcy Petition Preparer       Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                    Case No. _____

**Thomas, Andre & Thomas, Nicole**                        Chapter **7** _____
                    Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

Number of Creditors _____ **128**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **November  7, 2008** _____    **/s/ Andre Thomas** _____
                                                Debtor


                                                **/s/ Nicole Thomas** _____
                                                Joint Debtor

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Thomas, Andre
262 E Wrightwood Ave
Glendale Heights, IL  60139-2627

Allied Interstate Inc
435 Ford Rd Ste 800
Minneapolis, MN  55426-1066

At&T
PO Box 451409
Atlanta, GA  31145-9409

Thomas, Nicole
262 E Wrightwood Ave
Glendale Heights, IL  60139-2627

Americas Recovery Netw
PO Box 176610
Covington, KY  41017-6610

At&T
PO Box 8100
Aurora, IL  60507-8100

Gleason & Gleason
77 W Washington, Ste 1218
Chicago, IL  60602

Americash Loan
880 Lee St Ste 302
Des Plaines, IL  60016-6487

Avenue
1 United Retail Plz
Troy, OH  45373-8927

Aaron Sales And Lease
1015 Cobb Place Blvd NW
Kennesaw, GA  30144-3672

Arrow Financial
5996 W Touhy Ave
Niles, IL  60714-4610

Bally Total Fitness
12440 Imperial Hwy Ste 300
Norwalk, CA  90650-8309

Acc Consumer Finance L
10770 Wateridge Cir
San Diego, CA  92121-5701

Aspire
Attn Bankruptcy
PO Box 105374
Atlanta, GA  30348-5374

Bank Of America
Recovery Management, MD4-3001-16-01
225 N Calvert St
Baltimore, MD  21202-3504

Acute Care Specialists II Ltd
PO Box 7006
Bolingbrook, IL  60440

Asset Acceptance
PO Box 823
Fort Mill, SC  29716-0823

Bank Of America
Attn:  FL 1-300-02-07
PO Box 25118
Tampa, FL  33633-0900

Alexian Brothers Medical Center
800 Biesterfield Rd Fl 1
Elk Grove Village, IL  60007-3310

Asset Acceptance
PO Box 2036
Warren, MI  48090-2036

Bank Of America
PO Box 236
Saint Louis, MO  63166-0236

Alexian Brothers Medical Group
PO Box 843147
Boston, MA  02284-3147

Asset Acceptance Llc
For Cottonwood Financial
PO Box 2036
Warren, MI  48090-2036

Bay Area Credit Servic
2860 Zanker Rd
San Jose, CA  95134-2115

All Credit Lenders
691 W North Ave
Elmhurst, IL  60126-2132

Asset Acceptance Llc
PO Box 2036
Warren, MI  48090-2036

Blockbuster, Inc
1201 Elm St Ste 3000
Dallas, TX  75270-2128

Alliance Asset Management
330 Georgetown Sq Ste 104
Wood Dale, IL  60191-1890

Assetcare, Inc
5100 Peachtree Industrial Blvd
Norcross, GA  30071

Brian D. Schulman
1990 W Algonquin Rd, Ste 180
Schaumburg, IL  60173

Calvary Portfolio Services
7 Skyline Dr 3rd Fl
Hawthorne, NY  10532-2156

Check N Go Online
7755 Montgomery Rd Ste 400
Cincinnati, OH  45236-4201

Dupage Pathology Assoc
520 E 22nd St
Lombard, IL  60148-6110

Calvary Portfolio Services
PO Box 27288
Tempe, AZ  85285-7288

Check N Go Online
515 Financial Way
Mason, OH  45040

Edgerton And Edgerton
125 Wood St
West Chicago, IL  60185-2804

Cancer Ceare Hemotology Specs
3610 Paysphere Circle
Chicago, IL  60674-0036

Check Resolution Services
1561 Kenmore Ave
Buffalo, NY  14217-2614

Fash Cash Advance
125 Wood St
West Chicago, IL  60185-2804

Cardiovascular Associates
Dept 20 1027
PO Box 5940
Carol Stream, IL  60197-5940

Chex Systems
7805 Hudson Rd Ste 100
Saint Paul, MN  55125-1595

Fifth Third Bank
PO Box 630337
Cincinnati, OH  45263-0337

Cashmart/ First Cash Advance
9263 W Cermak Rd
Riverside, IL  60546-1061

Com Ed
Revenue Management
2100 Swift Dr
Oak Brook, IL  60523-1559

Financial Recovery Services
PO Box 385908
Minneapolis, MN  55438-5908

Cavalry Portfolio Serv
7 Skyline Dr Ste 3
Hawthorne, NY  10532-2162

Comcast
Attn:  Bankruptcy
1500 Market St
Philadelphia, PA  19102-2100

Fingerhut
Po Box 166
Newark, NJ  07101

Central Dupage Emergency Phys
PO Box 366
Hinsdale, IL  60522-0366

Commercial Check Control
7250 Beverly Blvd Ste 200
Los Angeles, CA  90036-2560

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD  57104-4824

Central Dupage Hospital
25 N Winfield Rd
Winfield, IL  60190

Credit Management Lp
4200 International Pkwy
Carrollton, TX  75007-1912

Firstsource Hc Advanta
1900 W Severs Rd
La Porte, IN  46350-7855

Certegy Payment Recovery Services
11601 Roosevelt Blvd N
Saint Petersburg, FL  33716-2202

Credit Protection Asso
13355 Noel Rd Ste 2100
Dallas, TX  75240-6837

Fms, Inc
4915 S Union Ave
Tulsa, OK  74107-7839

Check Into Cash
1171 Bloomingdale Rd
Glendale Heights, IL  60139-3402

Dependon Collection Se
120 W 22nd St Ste 360
Oak Brook, IL  60523-1511

Free Checking Plus
C/O National Enterprise Systems
29125 Solon Rd
Solon, OH  44139-3442

Gateway Financial
PO Box 6919
Saginaw, MI 48608-6919

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114-0326

Lvnv Funding Llc
PO Box 740281
Houston, TX 77274-0281

Glen Oak Cardiology
PO Box 7000
Bolingbrook, IL 60440-7000

Island National Group
6851 Jericho Tpke
Syosset, NY 11791-4494

Mages & Price
707 Lake Cook Rd Ste 314
Deerfield, IL 60015-4933

Glen Oaks Hospital
PO Box 4657
Hinsdale, IL 60522-4657

JC Penny
Attn Bankruptcy
PO Box 10001
Dallas, TX 75301-0001

Medical Center Anesthesia
2413 W Algonquin Rd # 608
Algonquin, IL 60102-9402

Glen Oaks Womens Healthcare
PO Box 7001
Lemont, IL 60439-0090

Jewel
A Supervalue Company
4320 W Thunderbird Rd
Glendale, AZ 85306-5027

Merchants Cr
223 W Jackson Blvd
Chicago, IL 60606-6908

Global Payments Check
6215 W Howard St
Niles, IL 60714-3403

Kahuna Payment Solutions
801 W Chestnut St Ste C
Bloomington, IL 61701-4500

Michaels Craft Stores
8000 Bent Branch Dr
Irving, TX 75063-6023

Harvard Collection
4839 N Elston Ave
Chicago, IL 60630-2534

Kca Financial
628 North St
Geneva, IL 60134-1356

National Check Trust
2811 Corporate Way
Miramar, FL 33025-3972

Hollywood Video
11458 S Michigan Ave
Chicago, IL 60628

Kmart
Sears Holding Corporation
3333 Beverly Rd
Hoffman Estates, IL 60192-3322

National Credit Adjust
327 W 4th Ave
Hutchinson, KS 67501-4842

Hollywood Video
Corporate
9275 SW Peyton Ln
Wilsonville, OR 97070-9200

Lisa Madigan, Illinois Attorney General
Attn: Robert L. Perlstein
160 N Lasalle St Ste N1000
Chicago, IL 60601-3118

Nationwide Credit, Inc
2015 Vaughn Rd NW Ste 400
Kennesaw, GA 30144-7802

Illinois Department Of Employment Securi
Bankruptcy Unit 3rd Fl
401 S State St
Chicago, IL 60605-1229

Ltd Financial Svcs Lp
7322 Southwest Fwy Ste 1
Houston, TX 77074-2010

Nco Fin /27
PO Box 7216
Philadelphia, PA 19101-7216

Illinois Department Of Human Services
401 S Clinton St
Chicago, IL 60607-3800

Lvnv Funding
PO Box 10497
Greenville, SC 29603-0497

Nco Fin/99
For Uhaul
PO Box 41466
Philadelphia, PA 19101-1466

Nco Financial
507 Prudential Rd
Horsham, PA  19044-2308

Physicians Billing Office
PO Box 7003
Bolingbrook, IL  60440-7003

Sbc
225 W Randolph St
Chicago, IL  60606-1838

Nco Financial Systems, Inc
600 Holiday Plaza Dr Ste 300
Matteson, IL  60443-2238

Professional Account Management
Po Box 391
Milwaukee, WI  53201

Sears Citibank
Bankruptcy
PO Box 20363
Kansas City, MO  64195-0363

New Age Chicago Furniture
4238 S Cottage Grove Ave
Chicago, IL  60653-2908

Provida Life Sciences
PO Box 16667
Encino, CA  91416-6667

Short Term Loans
1227 Glen Ellyn Rd
Glendale Heights, IL  60139-3110

Nicor
PO Box 416
Aurora, IL  60568-0001

Radiological Consultants Of Woodstock
36311 Treasury Circle
Chicago, IL  60694-6300

Sir Finance
6140 N Lincoln Ave
Chicago, IL  60659-2317

Northland Group,  Inc
PO Box 390905
Edina, MN  55439-0905

Reed Smith
10 S Wacker Dr
Chicago, IL  60606-7507

Sprint Nextel
2001 Edmund Halley Dr
Reston, VA  20191-3436

Northshore University Health Systems
9600 Gross Point Rd
Skokie, IL  60076-1214

Resurgent Captial Services
PO Box 10587
Greenville, SC  29603-0587

St Alexius Medical Center
1555 Barrington Rd
Hoffman Estates, IL  60194-1018

Northwest Hospital
800 W Central Rd
Arlington Heights, IL  60005-2349

Rjm Acq Llc
575 Underhill Blvd Ste 2
Syosset, NY  11791-3426

St Alexius Medical Center
Emergency
1555 Barrington Rd
Hoffman Estates, IL  60194-1018

Payday Loan Store
446 E Roosevelt Rd
Lombard, IL  60148-4630

Rjm Acquisitions, LLC
575 Underhill Blvd Ste 224
Syosset, NY  11791-3416

Steam Magic
80 Oconnor Rd
Fairport, NY  14450-1346

Pellettieri
991 Oak Creek Dr
Lombard, IL  60148-6408

Rmi/Mcsi
3348 Ridge Rd
Lansing, IL  60438-3112

Suburban Lung Associates
PO Box 2776
Carol Stream, IL  60132-0001

Penncro Associates Inc
95 James Way
Southampton, PA  18966-3847

Roto Rooter
2500 Chemed Center
255 E 5th St
Cincinnati, OH  45202-4700

Suburban Radiologists, Sc
1446 Momentum Place
Chicago, IL  60689-5314

**TCF Bank**
**800 Burr Ridge Pkwy**
**Burr Ridge, IL  60527-6486**

**Winfield Laboratory Consultants**
**Dept 4408**
**Carol Stream, IL  60122-0001**

**Telecheck**
**5251 Westheimer Rd**
**Houston, TX  77056-5412**

**The Law Office Of Charles G. Mccarthy**
**PO Box 1045**
**Bloomington, IL  61702-1045**

**United Compucred**
**4190 Harrison Ave**
**Cincinnati, OH  45211-4546**

**US Fast Cash**
**Attn Collection Dept**
**3531 P St NW**
**Miami, OK  74355-0111**

**Van Ru Credit Corp**
**1350 E Touhy Ave Ste 100E**
**Des Plaines, IL  60018-3337**

**Village Of Bellwood Clerk**
**Tickets**
**3200 Washington Blvd**
**Bellwood, IL  60104-1950**

**Washington Mutual**
**Bankruptcy Department**
**PO Box 99604**
**Arlington, TX  76096-9604**

**Washington Mutual Bank**
**Mailstop:  JAZA2035**
**7255 Baymeadows Way**
**Jacksonville, FL  32256-6851**

**Wfnnb/Lane Bryant**
**4590 E Broad St**
**Columbus, OH  43213-1301**

B6H (Official Form 6H) (12/07)

IN RE **Thomas, Andre & Thomas, Nicole** _____ Case No. _____
                      Debtor(s)                                              (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Thomas, Andre & Thomas, Nicole** _____  Case No. _____
<div align="center">Debtor(s)                                                                                  (If known)</div>

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Aaron Sales And Lease**<br>**1015 Cobb Place Blvd NW**<br>**Kennesaw, GA  30144-3672** | **TV Lease.  $220/mo** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Northern District of Illinois

**IN RE:**                                                                    Case No. _____

**Thomas, Andre & Thomas, Nicole** _____          Chapter **7** _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **676.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **351.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **325.00**

2.  The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify)

3.  The source of compensation to be paid to me is: ☑ Debtor ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **Litigation / Adversary Proceedings**
    **$400.00 for Motions to Redeem**
    **Credit Counseling Fees**

<div style="border:1px solid">

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____ **November  7, 2008** _____          **/s/ Nicolette Robovsky** _____
Date                                                                                Signature of Attorney

                                                                                **Gleason & Gleason** _____
                                                                                Name of Law Firm

</div>

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Form **1040** | Department of the Treasury—Internal Revenue Service | | | | | | | |
|---|---|---|---|---|---|---|---|---|

**U.S. Individual Income Tax Return** **2007** (99) | IRS Use Only—Do not write or staple in this space.

OMB No. 1545-0074

For the year Jan. 1–Dec. 31, 2007, or other tax year beginning , 2007, ending , 20

**Label**
(See instructions on page 12.)
Use the IRS label. Otherwise, please print or type.

Your first name and initial: **NICOLE** Last name: **HORVATH**
Your social security number: **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**

Spouse's social security number

Home address (number and street). If you have a P.O. box, see page 12. **262 E WRIGHTWOOD** Apt. no.

▲ You must enter your SSN(s) above. ▲

City, town or post office, state, and ZIP code. If you have a foreign address, see page 12. **GLENDALE HEIGHTS IL 60139**

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 12) ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1 ☒ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 13.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see page 14)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a
b ☐ Spouse

Boxes checked on 6a and 6b: **1**

c Dependents:

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit |
|---|---|---|---|
| CHARLES SMITH | 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 | Son | ☒ |
| JAMIYAH THOMAS | 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 | Daughter | ☒ |
| CHERYL THOMPKINS | 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 | Parent | |

No. of children on 6c who:
• lived with you **2**
• did not live with you due to divorce or separation
• not entered above
Dependents on 6c not entered above **1**

d Total number of exemptions claimed · · · · · · · · · · · · · · · · · · · Add numbers on lines above ▶ **4**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 19.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 43,421 |
| 8a Taxable interest. Attach Schedule B if required | 8a | |
| b Tax-exempt interest. Do not include on line 8a  8b | | |
| 9a Ordinary dividends. Attach Schedule B if required | 9a | |
| b Qualified dividends (see page 19)  9b | | |
| 10 Taxable refunds, credits, or offsets of state and local income taxes (see page 20) | 10 | |
| 11 Alimony received | 11 | |
| 12 Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 Other gains or (losses). Attach Form 4797 | 14 | |
| 15a IRA distributions  15a | b Taxable amount (see page 21) | 15b |
| 16a Pensions and annuities  16a | b Taxable amount (see page 22) | 16b |
| 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 Farm income or (loss). Attach Schedule F | 18 | |
| 19 Unemployment compensation | 19 | |
| 20a Social security benefits  20a | b Taxable amount (see page 24) | 20b |
| 21 Other income. | 21 | |
| 22 Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 43,421 |

**Adjusted Gross Income**

| | | |
|---|---|---|
| 23 Educator expenses (see page 26) | 23 | |
| 24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 Health savings account deduction. Attach Form 8889 | 25 | |
| 26 Moving expenses. Attach Form 3903 | 26 | |
| 27 One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 Self-employed health insurance deduction (see page 26) | 29 | |
| 30 Penalty on early withdrawal of savings | 30 | |
| 31a Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 IRA deduction (see page 27) | 32 | |
| 33 Student loan interest deduction (see page 30) | 33 | |
| 34 Tuition and fees deduction. Attach Form 8917 | 34 | |
| 35 Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 Add lines 23 through 31a and 32 through 35 | 36 | |
| 37 Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 | 43,421 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 83. EEA Form **1040** (2007)

Jan-07-2008 02:40 PM H&N TAX PROS 16308326908

Form 1040 (2007) NICOLE HORVATH                                                                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    Page 2

| Tax and Credits | 38 | Amount from line 37 (adjusted gross income) | | | | 38 | 43,421 |
|---|---|---|---|---|---|---|---|
| | 39a | Check if: ☐ You were born before January 2, 1943, ☐ Blind. ☐ Total boxes ☐ Spouse was born before January 2, 1943, ☐ Blind. checked ▶ 39a | | | | | |
| Standard Deduction for— | b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 31 & check here ▶ 39b ☐ | | | | | |
| ● People who checked any box on line 39a or 39b or who can be claimed as a dependent, see page 31. | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | | | | 40 | 30,640 |
| | 41 | Subtract line 40 from line 38 | | | | 41 | 12,781 |
| | 42 | If line 38 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 38 is over $117,300, see the worksheet on page 33 | | | | 42 | 13,600 |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | | | 43 | 0 |
| ● All others: | 44 | Tax (see page 33). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ Form(s) 8889 | | | | 44 | 0 |
| Single or Married filing separately, $5,350 | 45 | Alternative minimum tax (see page 35). Attach Form 6251 | | | | 45 | |
| | 46 | Add lines 44 and 45 | | | | ▶ 46 | |
| Married filing jointly or Qualifying widow(er), $10,700 | 47 | Credit for child and dependent care expenses. Attach Form 2441 | 47 | | | | |
| | 48 | Credit for the elderly or the disabled. Attach Schedule R | 48 | | | | |
| | 49 | Education credits. Attach Form 8863 | 49 | | | | |
| Head of household, $7,850 | 50 | Residential energy credits. Attach Form 5695 | 50 | | | | |
| | 51 | Foreign tax credit. Attach Form 1116 if required | 51 | | | | |
| | 52 | Child tax credit (see page 39). Attach Form 8901 if required | 52 | | | | |
| | 53 | Retirement savings contributions credit. Attach Form 8880 | 53 | | | | |
| | 54 | Credits from: a ☐ Form 8396 b ☐ Form 8859 c ☐ Form 8830 | 54 | | | | |
| | 55 | Other credits: a ☐ Form 3800 b ☐ Form 8801 c ☐ Form | 55 | | | | |
| | 56 | Add lines 47 through 55. These are your total credits | | | | 56 | |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- | | | | ▶ 57 | 0 |
| Other Taxes | 58 | Self-employment tax. Attach Schedule SE | | | | 58 | |
| | 59 | Unreported social security and Medicare tax from: a ☐ Form 4137 b ☐ Form 8919 | | | | 59 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | | | 60 | |
| | 61 | Advance earned income credit payments from Form(s) W-2, box 9 | | | | 61 | |
| | 62 | Household employment taxes. Attach Schedule H | | | | 62 | |
| | 63 | Add lines 57 through 62. This is your total tax | | | | ▶ 63 | 0 |
| Payments | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 369 | | | |
| If you have a qualifying child, attach Schedule EIC. | 65 | 2007 estimated tax payments and amount applied from 2006 return | 65 | | | | |
| | 66a | Earned income credit (EIC) | 66a | | | | |
| | b | Nontaxable combat pay election ▶ 66b | | | | | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see page 59) | 67 | | | | |
| | 68 | Additional child tax credit. Attach Form 8812 | 68 | 2,000 | | | |
| | 69 | Amount paid with request for extension to file (see page 59) | 69 | | | | |
| | 70 | Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 70 | | | | |
| | 71 | Refundable credit for prior year minimum tax from Form 8801, line 27 | 71 | | | | |
| | 72 | Add lines 64, 65, 66a, and 67 through 71. These are your total payments | | | | ▶ 72 | 2,369 |
| Refund | 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you overpaid | | | | 73 | 2,369 |
| Direct deposit? See page 59 and fill in 74b, 74c, and 74d, or Form 8888. | 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | | | | 74a | 2,369 |
| | ▶ b | Routing number 0 7 3 9 7 2 1 8 1 ▶ c Type: ☒ Checking ☐ Savings | | | | | |
| | ▶ d | Account number 7 0 0 0 3 8 5 2 3 8 2 5 8 8 | | | | | |
| | 75 | Amount of line 73 you want applied to your 2008 estimated tax ▶ | 75 | | | | |
| Amount You Owe | 76 | Amount you owe. Subtract line 72 from line 63. For details on how to pay, see page 60 | | | | ▶ 76 | |
| | 77 | Estimated tax penalty (see page 61) | 77 | | | | |

| Third Party Designee | Do you want to allow another person to discuss this return with the IRS (see page 61)? ☐ Yes. Complete the following. ☒ No |
|---|---|
| | Designee's name ▶          Phone no. ▶          Personal identification number (PIN) ▶ |

| Sign Here | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. |
|---|---|

Joint return? See page 13. Keep a copy for your records.

Your signature: *Nicole Horvath*   Date 1/8/08   Your occupation ACCT MGR   Daytime phone number

Spouse's signature. If a joint return, both must sign.   Date   Spouse's occupation   630-333-2578

| Paid Preparer's Use Only | Preparer's signature | | Date 01-07-2008 | Check if self-employed ☒ | Preparer's SSN or PTIN 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 |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ | K & N TAX PROS INC 381 N YORK RD SUITE 16 ELMHURST    IL    60126 | | EIN 36-4423952 | |
| | | | | Phone no. 630-782-6992 | |

EEA                                                                                            Form 1040 (2007)

Jan-07-2008 02:40 PM K&N TAX PROS 16308326908

# Internal Revenue Service — e-services
DEPARTMENT OF THE TREASURY

This Product Contains Sensitive Taxpayer Data

## Tax Return Transcript

Request Date: 10-28-2008
Response Date: 10-28-2008
IRS Employee Number: 9SVMB
Tracking Number: 100033869521

**SSN Provided:**      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
**Tax Period Ending:** Dec. 31, 2007

The following items reflect the amount as shown on the return
(PR), and the amount as adjusted (PC), if applicable. They do
not show subsequent activity on the account.

**SSN:** 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          **SPOUSE SSN:**
NAME(S) SHOWN ON RETURN: ANDRE THOMAS

ADDRESS:          609 BURNS APT 1FLR
                  CAROL STREAM, IL 60188-2588-996

| | |
|---|---|
| FILING STATUS: | Head of Household |
| FORM NUMBER: | 1040 |
| CYCLE POSTED: | 20080408 |
| RECEIVED DATE: | Apr.15, 2008 |
| REMITTANCE: | 0.00 |
| EXEMPTION NUMBER: | 3 |
| DEPENDENT 1 NAME CTRL: | THOM |
| DEPENDENT 1 SSN: | 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 |
| DEPENDENT 2 NAME CTRL: | THOM |
| DEPENDENT 2 SSN: | 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 |
| DEPENDENT 3 NAME CTRL: | |
| DEPENDENT 3 SSN: | |
| DEPENDENT 4 NAME CTRL: | |
| DEPENDENT 4 SSN: | |
| PREPARER SSN: | 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 |
| PREPARER EIN: | 36-4423952 |

## Income

| | |
|---|---|
| WAGES, SALARIES, TIPS, ETC: | $ 25,302.00 |
| TAXABLE INTEREST INCOME: SCH B: | $ 0.00 |
| TAX-EXEMPT INTEREST: | $ 0.00 |
| ORDINARY DIVIDEND INCOME: SCH B: | $ 0.00 |
| QUALIFIED DIVIDENDS: | $ 0.00 |
| REFUNDS OF STATE/LOCAL TAXES: | $ 0.00 |
| ALIMONY RECEIVED: | $ 0.00 |

| | |
|---|---:|
| BUSINESS INCOME OR LOSS (Schedule C): | $ 0.00 |
| BUSINESS INCOME OR LOSS: SCH C PER COMPUTER: | $ 0.00 |
| CAPITAL GAIN OR LOSS: (Schedule D): | $ 0.00 |
| CAPITAL GAINS OR LOSS: SCH D PER COMPUTER: | $ 0.00 |
| OTHER GAINS OR LOSSES (Form 4797): | $ 0.00 |
| TOTAL IRA DISTRIBUTIONS: | $ 0.00 |
| TAXABLE IRA DISTRIBUTIONS: | $ 0.00 |
| TOTAL PENSIONS AND ANNUITIES: | $ 0.00 |
| TAXABLE PENSION/ANNUITY AMOUNT: | $ 0.00 |
| RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E): | $ 0.00 |
| RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E) PER COMPUTER: | $ 0.00 |
| RENT/ROYALTY INCOME/LOSS PER COMPUTER: | $ 0.00 |
| ESTATE/TRUST INCOME/LOSS PER COMPUTER: | $ 0.00 |
| PARTNERSHIP/S-CORP INCOME/LOSS PER COMPUTER: | $ 0.00 |
| FARM INCOME OR LOSS (Schedule F): | $ 0.00 |
| FARM INCOME OR LOSS (Schedule F) PER COMPUTER: | $ 0.00 |
| UNEMPLOYMENT COMPENSATION: | $ 0.00 |
| TOTAL SOCIAL SECURITY BENEFITS: | $ 0.00 |
| TAXABLE SOCIAL SECURITY BENEFITS: | $ 0.00 |
| TAXABLE SOCIAL SECURITY BENEFITS PER COMPUTER: | $ 0.00 |
| OTHER INCOME: | $ 0.00 |
| SCHEDULE EIC SE INCOME PER COMPUTER: | $ 0.00 |
| SCHEDULE EIC EARNED INCOME PER COMPUTER: | $ 25,302.00 |
| SCH EIC DISQUALIFIED INC COMPUTER: | $ 0.00 |
| TOTAL INCOME: | $ 25,302.00 |
| TOTAL INCOME PER COMPUTER: | $ 25,302.00 |

## Adjustments to Income

| | |
|---|---:|
| EDUCATOR EXPENSES: | $ 0.00 |
| EDUCATOR EXPENSES PER COMPUTER: | $ 0.00 |
| RESERVIST AND OTHER BUSINESS EXPENSE: | $ 0.00 |
| HEALTH SAVINGS ACCT DEDUCTION: | $ 0.00 |
| HEALTH SAVINGS ACCT DEDUCTION PER COMPTR: | $ 0.00 |
| MOVING EXPENSES: F3903: | $ 0.00 |
| SELF EMPLOYMENT TAX DEDUCTION: | $ 0.00 |
| SELF EMPLOYMENT TAX DEDUCTION PER COMPUTER: | $ 0.00 |
| KEOGH/SEP CONTRIBUTION DEDUCTION: | $ 0.00 |
| SELF-EMP HEALTH INS DEDUCTION: | $ 0.00 |
| EARLY WITHDRAWAL OF SAVINGS PENALTY: | $ 0.00 |
| ALIMONY PAID SSN: | |
| ALIMONY PAID: | $ 0.00 |
| IRA DEDUCTION: | $ 0.00 |
| IRA DEDUCTION PER COMPUTER: | $ 0.00 |
| STUDENT LOAN INTEREST DEDUCTION: | $ 0.00 |
| STUDENT LOAN INTEREST DEDUCTION PER COMPUTER: | $ 0.00 |
| TUITION AND FEES DEDUCTION: | $ 0.00 |
| TUITION AND FEES DEDUCTION PER COMPUTER: | $ 0.00 |
| DOMESTIC PRODUCTION ACTIVITIES DEDUCTION: | $ 0.00 |
| OTHER ADJUSTMENTS: | $ 0.00 |

```
ARCHER MSA DEDUCTION:
ARCHER MSA DEDUCTION PER COMPUTER:                          $ 0.00
TOTAL ADJUSTMENTS:                                          $ 0.00
TOTAL ADJUSTMENTS PER COMPUTER:                             $ 0.00
ADJUSTED GROSS INCOME:                                 $ 25,302.00
ADJUSTED GROSS INCOME PER COMPUTER:                    $ 25,302.00
```

## Tax and Credits

```
65-OR-OVER:                                                       0
BLIND:                                                            0
SPOUSE 65-OR-OVER:                                                0
SPOUSE BLIND:                                                     0
STANDARD DEDUCTION PER COMPUTER:                            $ 0.00
ADDITIONAL STANDARD DEDUCTION PER COMPUTER:                 $ 0.00
TAX TABLE INCOME PER COMPUTER:                         $ 10,677.00
EXEMPTION AMOUNT PER COMPUTER:                         $ 10,200.00
TAXABLE INCOME:                                           $ 477.00
TAXABLE INCOME PER COMPUTER:                              $ 477.00
TOTAL POSITIVE INCOME PER COMPUTER:                    $ 25,302.00
TENTATIVE TAX:                                             $ 49.00
TENTATIVE TAX PER COMPUTER:                                $ 49.00
FORM 8814 ADDITIONAL TAX AMOUNT:                            $ 0.00
TAX ON INCOME LESS SOC SEC INCOME PER COMPUTER:             $ 0.00
FORM 6251 ALTERNATIVE MINIMUM TAX:                          $ 0.00
FORM 6251 ALTERNATIVE MINIMUM TAX PER COMPUTER:             $ 0.00
FOREIGN TAX CREDIT:                                         $ 0.00
FOREIGN TAX CREDIT PER COMPUTER:                            $ 0.00
FOREIGN INCOME EXCLUSION PER COMPUTER:                      $ 0.00
FOREIGN INCOME EXCLUSION TAX PER COMPUTER:                  $ 0.00
CHILD & DEPENDENT CARE CREDIT:                              $ 0.00
CHILD & DEPENDENT CARE CREDIT PER COMPUTER:                 $ 0.00
CREDIT FOR ELDERLY AND DISABLED:                            $ 0.00
CREDIT FOR ELDERLY AND DISABLED PER COMPUTER:               $ 0.00
EDUCATION CREDIT:                                           $ 0.00
EDUCATION CREDIT PER COMPUTER:                              $ 0.00
GROSS EDUCATION CREDIT PER COMPUTER:                        $ 0.00
RETIREMENT SAVINGS CNTRB CREDIT:                            $ 0.00
RETIREMENT SAVINGS CNTRB CREDIT PER COMPUTER:               $ 0.00
PRIM RET SAV CNTRB: F8880 LN6A:                             $ 0.00
SEC RET SAV CNTRB: F8880 LN6B:                              $ 0.00
TOTAL RETIREMENT SAVINGS CONTRIBUTION: F8880 CMPTR:         $ 0.00
RESIDENTIAL ENERGY CREDIT:                                  $ 0.00
RESIDENTIAL ENERGY CREDIT PER COMPUTER:                     $ 0.00
CHILD TAX CREDIT:                                          $ 49.00
CHILD TAX CREDIT PER COMPUTER:                             $ 49.00
F8396, F8859 and F8839 Credit:                              $ 0.00
FORM 3800 GENERAL BUSINESS CREDITS:                         $ 0.00
FORM 3800 GENERAL BUSINESS CREDITS PER COMPUTER:            $ 0.00
FORM 1040C CREDIT:                                          $ 0.00
```

PRIOR YR MIN TAX CREDIT: F8801:                                               $ 0.00
PRIOR YR MIN TAX CREDIT: F8801 PER COMPUTER:                                  $ 0.00
TENTATIVE EMPOWERMENT ZONE CREDIT: F8844:                                     $ 0.00
EMPOWERMENT ZONE CREDIT: F8844:                                               $ 0.00
OTHER CREDITS:                                                                $ 0.00
TOTAL CREDITS:                                                               $ 49.00
TOTAL CREDITS PER COMPUTER:                                                  $ 49.00
INCOME TAX AFTER CREDITS PER COMPUTER:                                        $ 0.00

## Other Taxes

SE TAX:                                                                       $ 0.00
SE TAX PER COMPUTER:                                                          $ 0.00
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS:                          $ 0.00
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS PER COMPUTER:             $ 0.00
TAX ON QUALIFIED PLANS F5329 (PR):                                            $ 0.00
TAX ON QUALIFIED PLANS F5329 PER COMPUTER:                                    $ 0.00
IRAF TAX PER COMPUTER:                                                        $ 0.00
TP TAX FIGURES (REDUCED BY IRAF) PER COMPUTER:                                $ 0.00
IMF TOTAL TAX (REDUCED BY IRAF) PER COMPUTER:                                 $ 0.00
ADVANCED EARNED INCOME:                                                       $ 0.00
UNPAID FICA ON REPORTED TIPS:                                                 $ 0.00
FORM 4970 ACCUMULATED DISTRIBUTION OF TRUSTS:                                 $ 0.00
RECAPTURE TAX: F8611:                                                         $ 0.00
HOUSEHOLD EMPLOYMENT TAXES:                                                   $ 0.00
HOUSEHOLD EMPLOYMENT TAXES PER COMPUTER:                                      $ 0.00
RECAPTURE TAXES:                                                              $ 0.00
TOTAL ASSESSMENT PER COMPUTER:                                                $ 0.00
TOTAL TAX LIABILITY TP FIGURES:                                               $ 0.00
TOTAL TAX LIABILITY TP FIGURES PER COMPUTER:                                  $ 0.00

## Payments

FEDERAL INCOME TAX WITHHELD:                                                  $ 3.00
ESTIMATED TAX PAYMENTS:                                                       $ 0.00
EARNED INCOME CREDIT:                                                     $ 2,624.00
EARNED INCOME CREDIT PER COMPUTER:                                       $ 2,624.00
NONTAXABLE COMBAT PAY ELECTION:                                               $ 0.00
FORM 8812 NONTAXABLE COMBAT PAY:                                              $ 0.00
EXCESS SOCIAL SECURITY & RRTA TAX WITHHELD:                                   $ 0.00
TOT SS/MEDICARE WITHHELD: F8812:                                              $ 0.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT:                                   $ 1,951.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT PER COMPUTER:                      $ 1,951.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT VERIFIED:                               $ 0.00
AMOUNT PAID WITH FORM 4868:                                                   $ 0.00
FORM 2439 REGULATED INVESTMENT COMPANY CREDIT:                                $ 0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS:                                    $ 0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS PER COMPUTER:                       $ 0.00
HEALTH COVERAGE TX CR: F8885:                                                 $ 0.00
FORM 8801 REFUNDABLE CREDIT FOR PRIOR YEAR MIN. TAX:                          $ 0.00
TOTAL PAYMENTS:                                                          $ 4,578.00

TOTAL PAYMENTS PER COMPUTER:                                    $ 4,578.00

## Refund or Amount Owed

REFUND AMOUNT:                                                $ -4,578.00
APPLIED TO NEXT YEAR'S ESTIMATED TAX:                            $ 0.00
ESTIMATED TAX PENALTY:                                           $ 0.00
TAX ON INCOME LESS STATE REFUND PER COMPUTER:                    $ 0.00
BAL DUE/OVER PYMT USING TP FIG PER COMPUTER:                 $ -4,578.00
BAL DUE/OVER PYMT USING COMPUTER FIGURES:                   $ -4,578.00
FORM 8888 TOTAL DEPOSIT PER COMPUTER:                           $ 0.00

## Third Party Designee

THIRD PARTY DESIGNEE ID NUMBER:
AUTHORIZATION INDICATOR:                                            0
THIRD PARTY DESIGNEE NAME:

## Itemized Deductions

### MEDICAL/DENTAL
MEDICAL AND DENTAL EXPENSES:                                  $ 9,900.00
AGI PERCENTAGE LIMITATION PER COMPUTER:                       $ 1,897.00
NET MEDICAL DEDUCTION:                                        $ 8,002.00
NET MEDICAL DEDUCTION PER COMPUTER:                           $ 8,003.00

### TAXES PAID
STATE AND LOCAL INCOME TAXES:                                 $ 2,323.00
INCOME TAX OR GENERAL SALES TAX:                        General Sales Tax
REAL ESTATE TAXES:                                              $ 0.00
SCH A TAX DEDUCTIONS:                                         $ 2,323.00

### INTEREST PAID
MORTGAGE INTEREST (FINANCIAL):                                  $ 0.00
MORTGAGE INTEREST (INDIVIDUAL):                                 $ 0.00
DEDUCTIBLE POINTS:                                              $ 0.00
QUALIFIED MORTGAGE INSURANCE PREMIUMS:                          $ 0.00
DEDUCTIBLE INVESTMENT INTEREST:                                 $ 0.00
TOTAL INTEREST DEDUCTION:                                       $ 0.00
TOTAL INTEREST DEDUCTION PER COMPUTER:                          $ 0.00

### CHARITABLE CONTRIBUTIONS
CASH CONTRIBUTIONS:                                             $ 0.00
OTHER THAN CASH: Form 8283:                                   $ 4,300.00
CARRYOVER FROM PRIOR YEAR:                                      $ 0.00
SCH A TOTAL CONTRIBUTIONS:                                    $ 4,300.00
SCH A TOTAL CONTRIBUTIONS PER COMPUTER:                       $ 4,300.00

### CASUALTY AND THEFT LOSS
CASUALTY OR THEFT LOSS:                                         $ 0.00

### JOBS AND MISCELLANEOUS
TOTAL LIMITED MISC EXPENSES:                                   $ 0.00
NET LIMITED MISC DEDUCTION:                                    $ 0.00

| | |
|---|---|
| NET LIMITED MISC DEDUCTION PER COMPUTER: | $ 0.00 |

**OTHER MISCELLANEOUS**

| | |
|---|---|
| OTHER THAN GAMBLING AMOUNT: | $ 0.00 |
| OTHER MISC DEDUCTIONS: | $ 0.00 |

**TOTAL ITEMIZED DEDUCTIONS**

| | |
|---|---|
| TOTAL ITEMIZED DEDUCTIONS: | $ 14,625.00 |
| TOTAL ITEMIZED DEDUCTIONS PER COMPUTER: | $ 14,625.00 |
| ELECT ITEMIZED DEDUCTION INDICATOR: | |
| SCH A ITEMIZED PERCENTAGE PER COMPUTER: | $ 0.00 |
| OTHER TAXES AMOUNT: | $ 0.00 |
| UNREIMBURSED EMPLOYEE EXPENSE AMOUNT: | $ 0.00 |

## Schedule EIC--Earned Income Credit

| | |
|---|---|
| QUALIFIED EIC DEPENDENTS: | 2 |

**CHILD 1**

| | |
|---|---|
| CHILD'S NAME CNTRL: | THOM |
| SSN: | 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 |
| YEAR OF BIRTH: | 2000 |
| STUDENT/DISABLED: | 0 |

**CHILD 2**

| | |
|---|---|
| CHILD'S NAME CNTRL: | THOM |
| SSN: | 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 |
| YEAR OF BIRTH: | 1993 |
| STUDENT/DISABLED: | 0 |

## Form 8863 - Education Credits (Hope and Lifetime Learning Credits)

**PART III - ALLOWABLE EDUCATION CREDITS**

| | |
|---|---|
| GROSS EDUCATION CR PER COMPUTER: | $ 0.00 |
| TOTAL EDUCATION CREDIT AMOUNT: | $ 0.00 |
| TOTAL EDUCATION CREDIT AMOUNT PER COMPUTER: | $ 0.00 |

This Product Contains Sensitive Taxpayer Data

# RICOH

## NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Advice # : | 3248106 | 890.80 |
| Total: | | 890.80 |

| Empl ID: | 60000017102 |
|---|---|
| Pay Rate: | $30,150.00 Annual |
| Location: | Rps/Zurich Na-Chicago |
| Job Title: | Sr Customer Svc Operator |
| Chk Date: | 10/31/08 |

**SPECIAL MESSAGE**

To: ANDRE THOMAS

### TAX DATA:    Federal    State IL

| | | |
|---|---|---|
| Marital Status: | Married | |
| Allowances: | 10 | 10 |
| Add'l. Pct: | | |
| Add'l. Amt: | | |

| | |
|---|---|
| Pay Group: | NRG-NonExempt Regular |
| Pay Begin: | 10/18/08 |
| Pay End: | 10/31/08 |
| Check #: | 3248106 |

ANDRE THOMAS
262 E. WRIGHTWOOD
GLENDALE HEIGHTS, IL  60139

Employee ID:6000017102  Department:0635606006-ZurichAmIns/Prodn

Overtime on this check reflects earnings from:
10/04/2008 - 10/17/2008

### HOURS AND EARNINGS

| DESCRIPTION | RATE | CURRENT HOURS | EARNINGS | YR TO DATE HOURS | EARNINGS |
|---|---|---|---|---|---|
| Regular Pay | 14.495192 | 80.00 | 1,159.62 | 1205.00 | 17,466.78 |
| Dock Pay | 14.495192 | 1.00 | 14.50- | 49.00 | 710.27 |
| Floater Holiday | | 0.00 | 24.00 | 347.88 |
| Holiday | | 0.00 | 24.00 | 347.89 |
| Vacation | | 0.00 | 27.00 | 391.37 |
| Total: | | 79.00 | 1,145.12 | 1231.00 | 17,843.65 |

### TAXES

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 14.46 | 228.82 |
| Fed OASDI/EE | 61.85 | 978.42 |
| IL Withholdng | 6.16 | 212.37 |
| Total: | 82.47 | 1,419.61 |

### BEFORE TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| Medical Insurance | 132.03 | 1,848.42 |
| Dental Care | 15.77 | 220.78 |
| 401(k) Savings Plan | 22.90 | 240.88 |
| Total: | 170.70 | 2,310.08 |

### AFTER TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| Voluntary Spouse/Chi | 1.15 | 18.40 |
| Total: | 1.15 | 18.40 |

### OTHER TAXABLE INCOME

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| Basic Life Ins | 0.37 | 6.55 |
| Total: | 0.37 | 6.55 |

### LEAVE BALANCE

| DESCRIPTION | |
|---|---|
| Vacation Balance | 0.3- |
| Sick Balance | 12.0 |
| Floater Balance | 0.0 |
| Vacation Excess | 0.0 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,145.12 | 974.79 | 82.47 | 171.85 | 890.80 |
| YTD: | 17,843.65 | 15,540.12 | 1,419.61 | 2,328.48 | 14,095.56 |

---

# RICOH

SUN TRUST BANK

DATE: 10/31/08

NO:  3248106

| **Bank Name** | **Routing#** | **Type** | **Account #** | **Deposit Amount** | **Amount** |
|---|---|---|---|---|---|
| Account Now | 07397***** | Checking | *****82588 | $890.80 | **$890.80** |

**ANDRE THOMAS**
262 E. WRIGHTWOOD
GLENDALE HEIGHTS, IL  60139

**AUTO PAY STATEMENT**
**THIS IS NOT A CHECK**

*powered by Lanier PDC*

# RICOH

| NET PAY DISTRIBUTION | | |
|---|---|---|
| Advice # : 3230870 | | 700.52 |
| Total: | | 700.52 |

| Empl ID: | 600001710 |
|---|---|
| Pay Rate: | $30,150.00 Annual |
| Location: | Rps/Zurich Na-Chicago |
| Job Title: | Sr Customer Svc Operator |
| Chk Date: | 09/05/08 |

SPECIAL MESSAGE

To: ANDRE THOMAS

| TAX DATA: | Federal | State IL |
|---|---|---|
| Marital Status: | Married | |
| Allowances: | 10 | 10 |
| Add'l. Pct: | | |
| Add'l. Amt: | | |

| Pay Group: | NRG-NonExempt Regular |
|---|---|
| Pay Begin: | 08/23/08 |
| Pay End: | 09/05/08 |
| Check #: | 3230870 |

**ANDRE THOMAS**
262 E. WRIGHTWOOD
GLENDALE HEIGHTS, IL 60139

Employee ID: 6000017102   Department: 0635606006-ZurichAmIns/Prodn

Overtime on this check reflects earnings from:
08/09/2008 - 08/22/2008

| HOURS AND EARNINGS | | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| | | CURRENT | | YR TO DATE | | | | | |
| DESCRIPTION | RATE | HOURS | EARNINGS | HOURS | EARNINGS | DESCRIPTION | CURRENT | YTD | |
| Regular Pay | 14.495192 | 72.00 | 1,043.66 | 896.00 | 12,987.75 | Fed Withholding | 0.00 | 0.00 | |
| Holiday | 14.495192 | 8.00 | 115.96 | 24.00 | 347.89 | Fed MED/EE | 11.31 | 172.64 | |
| Dock Pay | 14.495192 | | 231.92- | 37.00 | 536.32- | Fed OASDI/EE | 48.37 | 738.18 | |
| Floater Holiday | 14.495192 | 16.00 | 0.00 | 24.00 | 347.88 | IL Withholdng | 0.00 | 191.16 | |
| Vacation | | 0.00 | | 16.00 | 231.92 | | | | |
| Total: | | 64.00 | 927.70 | 923.00 | 13,379.12 | Total: | 59.68 | 1,101.98 | |

| BEFORE TAX DEDUCTIONS | | | AFTER TAX DEDUCTIONS | | | OTHER TAXABLE INCOME | | |
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | CURRENT | YTD | DESCRIPTION | CURRENT | YTD | DESCRIPTION | CURRENT | YTD |
| Medical Insurance | 132.03 | 1,320.30 | Voluntary Spouse/Chl | 1.15 | 13.80 | Basic Life Ins | 0.37 | 5.07 |
| Dental Care | 15.77 | 157.70 | | | | | | |
| 401(k) Savings Plan | 18.55 | 151.60 | | | | | | |
| | | | | | | Total: | 0.37 | 5.07 |

| LEAVE BALANCE | |
|---|---|
| DESCRIPTION | |
| Vacation Balance | 17.4 |
| Sick Balance | 4.0 |
| Floater Balance | 0.0 |
| Vacation Excess | 0.0 |

| Total: | 166.35 | 1,629.60 | Total: | 1.15 | 13.80 |
|---|---|---|---|---|---|

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 927.70 | 761.72 | 59.68 | 167.50 | 700.52 |
| YTD: | 13,379.12 | 11,754.59 | 1,101.98 | 1,643.40 | 10,633.74 |

# RICOH

SUN TRUST BANK

DATE: 09/05/08

NO: 3230870

| Bank Name | Routing# | Type | Account # | Deposit Amount | Amount |
|---|---|---|---|---|---|
| Account Now | 07397***** | Checking | *****82588 | $700.52 | **$700.52** |

**ANDRE THOMAS**
262 E. WRIGHTWOOD
GLENDALE HEIGHTS, IL 60139

AUTO PAY STATEMENT
THIS IS NOT A CHECK

*powered by Lanier PDC*

# RICOH



| NET PAY DISTRIBUTION | | | | | SPECIAL MESSAGE |
|---|---|---|---|---|---|
| Advice # : | 3235124 | | 903.46 | Empl ID: 600001710 | To: ANDRE THOMAS |
| Total: | | | 903.46 | Pay Rate: $30,150.00 Annual | |
| | | | | Location: Rzs/Zurich Na-Chicago | |
| | | | | Job Title: Sr Customer Svc Operator | |
| | | | | Chk Date: 09/19/08 | |

| TAX DATA: | Federal | State IL | | |
|---|---|---|---|---|
| Marital Status: | Married | | Pay Group: NRG-NonExempt Regular | |
| Allowances: | 10 | 10 | Pay Begin: 09/06/08 | |
| Add'l. Pct: | | | Pay End: 09/19/08 | |
| Add'l. Amt: | | | Check #: 3235124 | |

**ANDRE THOMAS**
262 E. WRIGHTWOOD
GLENDALE HEIGHTS, IL  60139

Employee ID:6000017102    Department:0635606006-ZurichAmIns/Prodn

Overtime on this check reflects earnings from:
08/23/2008 - 09/05/2008

## HOURS AND EARNINGS

| DESCRIPTION | RATE | CURRENT HOURS | EARNINGS | YR TO DATE HOURS | EARNINGS |
|---|---|---|---|---|---|
| Regular Pay | 14.495192 | 69.00 | 1,000.17 | 965.00 | 13,987.92 |
| Vacation | 14.495192 | 11.00 | 159.45 | 27.00 | 391.37 |
| Floater Holiday | | | 0.00 | 24.00 | 347.88 |
| Dock Pay | | | 0.00 | 37.00 | 536.32 |
| Holiday | | | 0.00 | 24.00 | 347.89 |
| Total: | | 80.00 | 1,159.62 | 1005.00 | 14,538.74 |

## TAXES

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 14.68 | 187.32 |
| Fed OASDI/EE | 62.76 | 800.94 |
| IL Withholdng | 6.58 | 197.74 |
| Total: | 84.02 | 1,186.00 |

## BEFORE TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| Medical Insurance | 132.03 | 1,452.33 |
| Dental Care | 15.77 | 173.47 |
| 401(k) Savings Plan | 23.19 | 174.79 |
| Total: | 170.99 | 1,800.59 |

## AFTER TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| Voluntary Spouse/Chi | 1.15 | 14.95 |
| Total: | 1.15 | 14.95 |

## OTHER TAXABLE INCOME

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| Basic Life Ins | 0.37 | 5.44 |
| Total: | 0.37 | 5.44 |

## LEAVE BALANCE

| DESCRIPTION | |
|---|---|
| Vacation Balance | 13.7 |
| Sick Balance | 4.0 |
| Floater Balance | 0.0 |
| Vacation Excess | 0.0 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,159.62 | 989.00 | 84.02 | 172.14 | 903.46 |
| YTD: | 14,538.74 | 12,743.59 | 1,186.00 | 1,815.54 | 11,537.20 |

---

# RICOH

SUN TRUST BANK

DATE: 09/19/08
NO:   3235124

| Bank Name | Routing# | Type | Account # | Deposit Amount | Amount |
|---|---|---|---|---|---|
| Account Now | 07397***** | Checking | *****82588 | $903.46 | **$903.46** |

**ANDRE THOMAS**
262 E. WRIGHTWOOD
GLENDALE HEIGHTS, IL  60139

**AUTO PAY STATEMENT
THIS IS NOT A CHECK**

*powered by Lanier PDC*

# RICOH

| NET PAY DISTRIBUTION | | | | |
|---|---|---|---|---|
| | | Empl ID: | 6000017102 | |
| Advice # : | 3243779 | 802.10 | Pay Rate: | $30,150.00 Annual |
| | | | Location: | Rps/Zurich Na-Chicago |
| Total: | | 802.10 | Job Title: | Sr Customer Svc Operator |
| | | | Chk Date: | 10/17/08 |

**SPECIAL MESSAGE**

To: ANDRE THOMAS

| TAX DATA: | Federal | State IL | | |
|---|---|---|---|---|
| Marital Status: | Married | | Pay Group: | NRG-NonExempt Regular |
| Allowances: | 10 | 10 | Pay Begin: | 10/04/08 |
| Add'l. Pct: | | | Pay End: | 10/17/08 |
| Add'l. Amt: | | | Check #: | 3243779 |

**ANDRE THOMAS**
262 E. WRIGHTWOOD
GLENDALE HEIGHTS, IL  60139

Employee ID:6000017102   Department:0635806006-ZurichAmins/Prodn

Overtime on this check reflects earnings from:
09/20/2008 - 10/03/2008

## HOURS AND EARNINGS

| DESCRIPTION | RATE | CURRENT HOURS | EARNINGS | YR TO DATE HOURS | EARNINGS |
|---|---|---|---|---|---|
| Regular Pay | 14.495192 | 80.00 | 1,159.62 | 1125.00 | 16,307.16 |
| Dock Pay | 14.495192 | 8.00 | 115.96- | 48.00 | 695.77 |
| Floater Holiday | | | 0.00 | 24.00 | 347.88 |
| Holiday | | | 0.00 | 24.00 | 347.89 |
| Vacation | | | 0.00 | 27.00 | 391.37 |
| Total: | | 72.00 | 1,043.66 | 1152.00 | 16,698.53 |

## TAXES

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 13.00 | 214.36 |
| Fed OASDI/EE | 55.57 | 916.57 |
| IL Withholdng | 3.17 | 206.21 |
| Total: | 71.74 | 1,337.14 |

## BEFORE TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| Medical Insurance | 132.03 | 1,716.39 |
| Dental Care | 15.77 | 205.01 |
| 401(k) Savings Plan | 20.87 | 217.98 |
| Total: | 168.67 | 2,139.38 |

## AFTER TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| Voluntary Spouse/Chi | 1.15 | 17.25 |
| Total: | 1.15 | 17.25 |

## OTHER TAXABLE INCOME

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| Basic Life Ins | 0.37 | 6.18 |
| Total: | 0.37 | 6.18 |

## LEAVE BALANCE

| DESCRIPTION | |
|---|---|
| Vacation Balance | 7.0- |
| Sick Balance | 8.0 |
| Floater Balance | 0.0 |
| Vacation Excess | 0.0 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,043.66 | 875.36 | 71.74 | 169.82 | 802.10 |
| YTD: | 16,698.53 | 14,565.33 | 1,337.14 | 2,156.63 | 13,204.76 |

---

# RICOH

SUN TRUST BANK

DATE: 10/17/08

NO:  3243779

| Bank Name | Routing# | Type | Account # | Deposit Amount | Amount |
|---|---|---|---|---|---|
| Account Now | 07397***** | Checking | *****82588 | $802.10 | **$802.10** |

**ANDRE THOMAS**
262 E. WRIGHTWOOD
GLENDALE HEIGHTS, IL  60139

AUTO PAY STATEMENT
THIS IS NOT A CHECK

*powered by Lanier PDC*

SurePayroll, Inc.
2350 Ravine Way
Suite 100
Glenview, IL 60025

Nicole Thomas
262 E. Wrightwood Ave
Glendale Heights, IL 60139

---

**Employee Paystub**        Check number: 63042          Pay Period: 09/24/2008 - 10/08/2008      Pay Date: 10/15/2008

**Employee**

Nicole Thomas, 262 E. Wrightwood Ave, Glendale Heights, IL 60139

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,833.33 | 34,833.27 |
| Bonus | 25.00 | | 25.00 | 100.00 |
| 401K Bonus | | | | 225.00 |
| Awards | | | | 100.00 |
| | | | 1,858.33 | 35,258.27 |

| Direct Deposit | Amount |
|---|---|
| Checking - **********2588 | 1,389.88 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| FTO Deduction | | -951.75 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -7.00 | -91.00 |
| Social Security Employee | -115.21 | -2,127.00 |
| Medicare Employee | -26.94 | -497.44 |
| IL - Withholding | -30.75 | -551.21 |
| | -179.90 | -3,266.65 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| STD/LTD | -13.55 | -228.75 |
| Garnishment | -275.00 | -550.00 |
| | -288.55 | -778.75 |

| Net Pay | 1,389.88 | 30,261.12 |
|---|---|---|

SurePayroll, Inc., 2350 Ravine Way, Suite 100, Glenview, IL 60025 , SUREPAYROLL INC

SurePayroll, Inc.
2350 Ravine Way
Suite 100
Glenview, IL 60025

Nicole Thomas
262 E. Wrightwood Ave
Glendale Heights, IL 60139

---

**Employee Paystub**          Check number: 63191                    Pay Period: 10/09/2008 - 10/23/2008       Pay Date: 10/30/2008

**Employee**                                                                **Status (Fed/State)**          **Allowances/Extra**

Nicole Thomas, 262 E. Wrightwood Ave, Glendale Heights, IL 60139                Married/Withhold              Fed-10/0/IL-10/0

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,833.33 | 36,666.60 |
| FTO Hours | 10.00 | | | |
| Bonus | | | | 100.00 |
| 401K Bonus | | | | 225.00 |
| Awards | | | | 100.00 |
| | | | 1,833.33 | 37,091.60 |

| Direct Deposit | | Amount |
|---|---|---|
| Checking - **********2588 | | 1,186.14 |

| Paid Time Off | YTD Used | Available |
|---|---|---|
| FTO | 123.00 | -40.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| FTO Deduction | -126.90 | -1,078.65 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Social Security Employee | -105.80 | -2,232.80 |
| Medicare Employee | -24.75 | -522.19 |
| IL - Withholding | -26.19 | -577.40 |
| Federal Withholding | | -91.00 |
| | -156.74 | -3,423.39 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| STD/LTD | -13.55 | -242.30 |
| Garnishment | -275.00 | -825.00 |
| PR Deduction Agreement | -75.00 | -75.00 |
| | -363.55 | -1,142.30 |

| Net Pay | 1,186.14 | 31,447.26 |
|---|---|---|

SurePayroll, Inc., 2350 Ravine Way, Suite 100, Glenview, IL 60025 , SUREPAYROLL INC

SurePayroll, Inc.
2350 Ravine Way
Suite 100
Glenview, IL 60025

Nicole Thomas
262 E. Wrightwood Ave
Glendale Heights, IL 60139

**Employee Paystub**        Check number: 62733        Pay Period: 08/24/2008 - 09/08/2008        Pay Date: 09/15/2008

**Employee**

| | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| Nicole Thomas, 262 E. Wrightwood Ave, Glendale Heights, IL 60139 | | Married/Withhold | Fed-10/0/IL-10/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,833.33 | 31,166.61 |
| FTO Hours | 5.00 | | | |
| Bonus | | | | 75.00 |
| 401K Bonus | | | | 225.00 |
| Awards | | | | 100.00 |
| | | | 1,833.33 | 31,566.61 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| FTO Deduction | -571.05 | -719.10 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Social Security Employee | -78.27 | -1,912.55 |
| Medicare Employee | -18.30 | -447.29 |
| IL - Withholding | -12.87 | -497.44 |
| Federal Withholding | | -84.00 |
| | -109.44 | -2,941.28 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| STD/LTD | -13.55 | -201.65 |

| Net Pay | 1,139.29 | 27,704.58 |
|---|---|---|

**Direct Deposit**

| | Amount |
|---|---|
| Savings - **********2601 | 92.00 |
| Checking - **********2588 | 1,047.29 |

| Paid Time Off | YTD Used | Available |
|---|---|---|
| FTO | 108.00 | -40.00 |

SurePayroll, Inc., 2350 Ravine Way, Suite 100, Glenview, IL 60025 , SUREPAYROLL INC

SurePayroll, Inc.
2350 Ravine Way
Suite 100
Glenview, IL 60025

Nicole Thomas
262 E. Wrightwood Ave
Glendale Heights, IL 60139

| Employee Paystub | Check number: 62876 | Pay Period: 09/09/2008 - 09/23/2008 | Pay Date: 09/30/2008 |
|---|---|---|---|

**Employee**

Nicole Thomas, 262 E. Wrightwood Ave, Glendale Heights, IL 60139

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,833.33 | 32,999.94 |
| FTO Hours | 5.00 | | | |
| Bonus | | | | 75.00 |
| 401K Bonus | | | | 225.00 |
| Awards | | | | 100.00 |
| | | | 1,833.33 | 33,399.94 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| FTO Deduction | -232.65 | -951.75 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Social Security Employee | -99.24 | -2,011.79 |
| Medicare Employee | -23.21 | -470.50 |
| IL - Withholding | -23.02 | -520.46 |
| Federal Withholding | | -84.00 |
| | -145.47 | -3,086.75 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| STD/LTD | -13.55 | -215.20 |
| Garnishment | -275.00 | -275.00 |
| | -288.55 | -490.20 |

| Net Pay | 1,166.66 | 28,871.24 |
|---|---|---|

| Direct Deposit | Amount |
|---|---|
| Checking - **********2588 | 1,166.66 |

SurePayroll, Inc., 2350 Ravine Way, Suite 100, Glenview, IL 60025 , SUREPAYROLL INC

Certificate Number: 00137-ILN-CC-005525860

# CERTIFICATE OF COUNSELING

I CERTIFY that on November 4, 2008 _____ , at 4:55 _____ o'clock PM MST

Nicole Thomas _____ received from _____

Black Hills Children's Ranch, Inc. _____

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois _____ , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared _____ . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone _____

Date: November 4, 2008 _____     By    /s/Linda Randolph _____

Name   Linda Randolph _____

Title   Credit Counselor _____

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 00437-ILN-CC-005525800

# CERTIFICATE OF COUNSELING

I CERTIFY that on November 4, 2008 at 4:55 o'clock PM MST,

Nicole Thomas

received from

Black Hills Children's Ranch, Inc.

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared.    If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date: November 4, 2008        By    /s/ Linda Randolf

                              Name  Linda Randolf

                              Title Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. See 11 U.S.C. §§ 521(b) and 109(h)(1).

United States Bankruptcy Court
Northern District of Illinois

IN RE:

Thomas, Andre & Thomas, Nicole
_____
Debtor(s)

Case No. _____

Chapter 7 _____

### DECLARATION REGARDING ELECTRONIC FILING
Signed by Debtor(s) or Corporate Representative
**To Be Used When Filing over the Internet**

PART I - DECLARATION OF PETITIONER
A. To be completed in all cases.

Date: **November 5, 2008**

I (We) **Andre Thomas** _____ and **Nicole Thomas** _____, the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I(we) have given my (our)attorney, including correct social security number(s) and the information provided in the electronically filed petition, statements, schedules, and if applicable, application to pay filing fee in installments, is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. sections 707(a) and 105.

B. To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

☑ I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

C. To be checked and applicable only if the petition is a corporation, partnership, or limited liability entity.

☐ I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Signature _____
(Debtor or Corporate Officer, Partner or Member)

Signature _____
(Joint Debtor)